# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | | |
|---|---|---|
| Filer's Name: | Evan D. Smiley, Esq. | Atty Name (if applicable):    Evan D. Smiley |
| | 650 Town Center Drive Suite 950 | |
| Street Address: | Costa Mesa, CA 92626-7021 | CA Bar No. (if applicable):    161812 |
| Filer's Telephone No.: | (714) 966-1000 | Atty Fax No. (if applicable):    (714) 966-1002 |

| In re: | Case No. 8:09-bk-11873 RK |
|---|---|
| BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a Delaware limited liability company | Chapter 11 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?

☒ Yes        ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A    ☐ B    ☐ C    ☐ D    ☐ E    ☐ F    ☐ G    ☐ H    ☐ I    ☐ J

☐ Statement of Social Security Number(s)        ☐ Statement of Financial Affairs

☐ Statement of Intention        ☒ Other: List of Twenty Creditors Holding 20 Largest Unsecured Claims

**NOTE: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.**

I/We, Gregory P. Garmon, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

**FOR COURT USE ONLY**

DATED:    March 18, 2009

Gregory P. Garmon \ President
*Debtor Signature*

*Co-Debtor Signature*

**SEE PROOF OF SERVICE**

B-1008 *Revised November 2003*

Schware Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California, Santa Ana Division

In re  BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a Delaware limited liability company

Debtor(s)

Case No.  __8:09-BK-11873 RK__

Chapter  __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Wilmar Industries Inc<br>P.O. Box 404284<br>Atlanta, GA 303844284 | Wilmar Industries Inc<br>P.O. Box 404284<br>Atlanta, GA 303844284 | Trade Debt | | 242,220.77 |
| Colors Unlimited<br>8760 A Research Blvd #244<br>Austin, TX 78758 | Colors Unlimited<br>8760 A Research Blvd #244<br>Austin, TX 78758 | Trade Debt | | 99,828.10 |
| Allsouth Renovations, Inc.<br>P.O. Box 7165<br>Marietta, GA 30065 | Allsouth Renovations, Inc.<br>P.O. Box 7165<br>Marietta, GA 30065 | | | 91,090.76 |
| Wilmar<br>P.O. Box 404284<br>ATLANTA, GA 303844284 | Wilmar<br>P.O. Box 404284<br>ATLANTA, GA 303844284 | Trade Debt | | 61,891.06 |
| Wilmar Industries Inc<br>PO Box 404284<br>Atlanta, GA 30384-4284 | Wilmar Industries Inc<br>PO Box 404284<br>Atlanta, GA 30384-4284 | Trade Debt | | 60,802.18 |
| SunTerra Landscape Services, LP<br>PO Box 80949<br>Austin, TX 78708 | SunTerra Landscape Services, LP<br>PO Box 80949<br>Austin, TX 78708 | Trade Debt | | 53,355.34 |
| Paint Plus<br>PO BOX 82001<br>Austin, TX 78708 | Paint Plus<br>PO BOX 82001<br>Austin, TX 78708 | Trade Debt | | 52,145.74 |
| H. Deck Construction Company<br>1601 Oxford Blvd<br>Round Rock, TX 78664 | H. Deck Construction Company<br>1601 Oxford Blvd<br>Round Rock, TX 78664 | Trade Debt | | 42,664.93 |
| Quality Services of Texas<br>PO BOX 15531<br>Austin, TX 78761 | Quality Services of Texas<br>PO BOX 15531<br>Austin, TX 78761 | Trade Debt | | 29,292.99 |
| Signs West Inc.<br>11926 Wirth Road<br>Austin, TX 78748 | Signs West Inc.<br>11926 Wirth Road<br>Austin, TX 78748 | Trade Debt | | 28,553.10 |
| HMWC CPAS & Business Advisors<br>17501 E 17th St. Ste 100<br>Tustin, CA 92780 | HMWC CPAS & Business Advisors<br>17501 E 17th St. Ste 100<br>Tustin, CA 92780 | Trade Debt | | 26,501.66 |

B4 (Official Form 4) (12/07) - Cont.

In re    **BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a**
     **Delaware limited liability company**    Case No.    **8:09-BK-11873 RK**
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hestir Environmental Services 245 Colonial Drive Easley, SC 29642 | Hestir Environmental Services 245 Colonial Drive Easley, SC 29642 | Trade Debt | | 24,780.00 |
| Universal Cleaning Specialists 1834 Ferguson Lane, #1000 Austin, TX 78754 | Universal Cleaning Specialists 1834 Ferguson Lane, #1000 Austin, TX 78754 | | | 23,434.41 |
| Surface Connection 9009 A Soverign Row Dallas, TX 75247 | Surface Connection 9009 A Soverign Row Dallas, TX 75247 | Trade Debt | | 23,201.00 |
| Premium Cuts Lawn Service & Maintenance, PO BOX 82108 Austin, TX 78708-2108 | Premium Cuts Lawn Service & Maintenance, PO BOX 82108 Austin, TX 78708-2108 | Trade Debt | | 22,610.69 |
| HHCC, Inc P.O. Box 17785 Austin, TX 78760 | HHCC, Inc P.O. Box 17785 Austin, TX 78760 | Trade Debt | | 20,272.85 |
| BG Personnel Services Incorporated 7718 Wood Hollow Drive, #G30 Austin, TX 78731 | BG Personnel Services Incorporated 7718 Wood Hollow Drive, #G30 Austin, TX 78731 | | | 15,101.22 |
| BHW Operating Company, LP 1834 Ferguson Lane, STE 1000 Austin, TX 78754 | BHW Operating Company, LP 1834 Ferguson Lane, STE 1000 Austin, TX 78754 | Trade Debt | | 13,932.50 |
| Sherwin Williams 13800 Immanuel Road Pflugerville, TX 78660 | Sherwin Williams 13800 Immanuel Road Pflugerville, TX 78660 | Trade Debt | | 13,628.47 |
| Infiniti Painting & Cleaning P.O. Box 81724 Austin, TX 78708-1724 | Infiniti Painting & Cleaning P.O. Box 81724 Austin, TX 78708-1724 | Trade Debt | | 12,391.14 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **March 18, 2009**                    Signature    /s/ Gregory P. Garmon

                                        Gregory P. Garmon
                                        **President**

*Penalty for making a false statement or concealing property.* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:   **March 19, 2009**

**Ann E. Losoya**
Print or Type Name

*Signature*

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

AAA Fire & Safety Equipment, Inc
6700 Guadalupe
Austin, TX 78752


Absolute Pest Management
PO BOX 150923
Austin, TX 78715


Access Controls Inc
4332 Cypress Canyon Trail
Spicewood, TX 78669


ADT Security Services
P.O. Pox 371956
Pittsburgh, PA 15250-7956


ADT Security Services Inc
PO BOX 371956
Pittsburgh, PA 15250-7956


Advantage Supply
440 East Saint Elmo, #401
Austin, TX 78745


Air Maintenance
P.O. Box 500232
Austin, TX 78750

All Austin.com
7793 Burnet Rd. #160
Austin, TX 78759

Ame's Mirror & Glass
P.O. Box 42827
Austin, TX 78704

American Apartment Locating
3616 Far West Blvd #107
Austin, TX 78731

Apartment Experts South
PO BOX 30495
Austin, TX 78755

APARTMENT GURUS, LLC
22 WAUGH, SUITE 280
HOUSTON, TX 77007

Apartment Home Living
BOX 1266
San Antonio, TX 78295-1266

Apartment Selector
P.O. Box 600355
Dallas, TX 75360

Apartment  Wiz
10900  NW  Freeway  Ste  226
Houston, TX 77092


Apartments  24-7.com,  inc
2620  S.  Maryland  Pkwy,  Ste.  857
Las Vegas, NV 89109


Apartments  Now,  Inc
P.O.  Box  30495
Austin, TX 78755


Apartments  Specialists
P.O.  Box  30495
Austin, TX 78755


Apartments.com
175  West  Jackson
Chicago, IL 60604


AT&T
PO  BOX  930170
Dallas, TX 75393-0170


Austin  American-Statesman
PO  BOX  1231
San Antonio, TX 78294-1231

Austin Apartment Store
3407 Wells Branch Parkway #575
Austin, TX 78728


Austin Cool Properties
107 Leland Ste #1
Austin, TX 78704


Ballards Asphalt & Concrete
PO Box 81482
Austin, TX 78708


Benson Media
220 Turner Blvd.
Ball Ground, GA 30107


Bethany Group, LLC
1920 Main Street, Ste. 770
Irvine, CA 92614


Bethany Management Group LLC
1920 Main Street, Suite 770
Irvine, CA 92614


BHW Operating Company, LP
1834 Ferguson Lane, STE 1000
Austin, TX 78754

BHW Operating Company, LP
1834 Ferguson Ln, Ste. 1000
Austin, TX 78754


Body Works Fitness Equipt
2222 W. Pundberg Lane #400
Austin, TX 78758


Bodyworks Fitness Equipment, Inc
2222 W. Rundberg Ln, #400
Austin, TX 78758


Centex Propane
8613 N. Lamar
Austin, TX 78753


Changing Surface Inc.
9650 Datapoint, Suite 104
San Antonio, TX 78229


Chemical Safety Permitting
505 Barton Springs Road, Suite 200
Austin, TX 78704


City of Austin
PO BOX 2267
Austin, TX 78783

City of Austin - Energy & Utilities
1001 Fannin, Suite 4000
Houston, TX 77002


Citywide Apartment Locators
107 Avalanche
Georgetown, TX 78626


CJR Personnel, Inc
11940 Jollyville Road #230
Austin, TX 78759


Cleaning Network
PO BOX 41975
Austin, TX 78749


Colors Unlimited
8760 A Research Blvd #244
Austin, TX 78758


Commercial Maintenance Chemical Corp
4790 Sunrise Hwy
Massapequa, NY 11758


Commercial Maintenance Chemical Corp.
4180 Sunrise Highway
Massepequa, NY 11758

Consumer Source
P.O. Box 402039
Atlanta, GA 30384

Consumer Source Inc
PO Box 402039
Atlanta, GA 30384-2039

Cort Furniture Rental Corp
11250 Waples Mill Rd S. Tower, #500
Fair Fax, VA 22030

Cothron's Safe & Lock Co. Inc.
807 East 4th Street
Austin, TX 78702

Cowboy's Painting, LLC
15405 Connie St
Austin, TX 78728

Crystal Clear Pools & Spas
700 W Applegate Dr #100
Austin, TX 78753-3601

dba All FLoors Carpet Cleaning
2734 Coppervalley Ct
Houston, TX 77067

Depax Floor Care
100 Katherine Way
Leander, TX 78641

DHL
PO Box 840006
Dallas, TX 75284-0006

DHL Express
P.O. Box 60000-FILE 30692
San Francisco, CA 94160

DHL Express Inc
P.O. Box 4723
Houston, TX 772104723

Ellis Management Services, Inc
2916 West Story Road
Irving, TX 75038

Ellis Property Management Services
4324 N Beltline Rd Ste C105
Irving, TX 75038

Ellmaker Realty, LLC
10713 R.R. 620 North Bldg E ste 521
Austin, TX 78726

EMPLOYMENT ECT., INC.
18702 LAKELAND DR
LAGO VISTA, TX 78645

ERA Star of Texas Realty, Inc
5818 Balcones Drive Ste 200
Austin, TX 78731

G.F. Plumbing
12739 Burson Dr.
Manchaca, TX 78652

GE Appliances
PO Box 100393
Atlanta, GA 30384

Grace Hill, Inc
3633 Wheeler Road, Suite 230
Augusta, GA 30909

Grant Genovese & Baratta, LLP
2030 Main Street
Irvine, CA 92614

Grant,Genovese & Baratta,LLP Trust Acct
2030 Main Street, #1600
Irvine, CA 926147257

Great American Bus. Prod., LP
P.O. Box 4422
Houston, TX 77210

Greater Austin Chamber of Commerce
210 Barton Springs Road , ste 400
Austin, TX 78704

H. Deck Construction Company
1601 Oxford Blvd
Round Rock, TX 78664

HD Supply Facilities Maintenance, LTD
P.O. Box 509058
San Diego, CA 92150-9058

Hestir Environmental Services
245 Colonial Drive
Easley, SC 29642

HHCC, Inc
P.O. Box 17785
Austin, TX 78760

Hines Pool and Spa, LP
900 McPhaul Stree
Austin, TX 78758

HMWC CPAS & Business Advisors
17501 E 17th St. Ste 100
Tustin, CA 92780


Home Depot Credit Services
Dept. 32-2541706002 P.O. Box 6031
The Lakes, NV 88901-6031


HomePlace Apartment Search
12518 Research Blvd, Suite A
Austin, TX 78759


Idea House
56 S. Bachelor Button
Lake Jackson, TX 77566


IESI
9904 Fm 812
Austin, TX 78719


Illustratus
10983 Granada Lane
Overland Park, KS 66211


Independent Propane
2591 Dallas Parkway, Suite 105
Frisco, TX 75304

Infiniti Painting & Cleaning
P.O. Box 81724
Austin, TX 78708-1724

J4 Development, LP
16901 Dallas Parkway, Suite 215
Addison, TX 75001

Jasmine's Cleaning Service
PO BOX 1716
Pflugerville, TX 78691

Keller Williams Realty
1801 South Mopac Suite 100
Austin, TX

Kenfield Golf Cars
13357 Pond Springs Road
Austin, TX 78729

Lawyer's Aid Service, Inc
PO Box 848
Austin, TX 78767-0848

Lonestar Overnight LLC
PO Box 149225
Austin, TX 78714

Marvin F. Poer & Company, Inc
P.O. Box 660076
Dallas, TX 75266-0076


Maxxserv
9090 Jollyville Rd #106
Austin, TX 78759


McBride Electric, Inc
PO BOX 51837
Los Angeles, CA 90051-6137


Meyer Smith Inc
POBox 8847
Houston, TX 77248


Move.com
PO Box 13237
Scottsdale, AZ 85267-3237


moveforFREE.com, Inc.
c/o Kleberg Bank / PO Box 245
Kingsville, TX 78364


Mr. Printer, Inc.
2827 North Central Avenue
Phoenix, AZ 85004

My New Place
425 Bush St. Ste. 200
San Fransisco, CA 94108

My New Place
425 Bush St. Ste. 200
San Francisco, CA 94108

National Construction Rentals, Inc
15319 Chatsworth Street
Mission Hills, CA 91345-2040

Network Communications Inc
PO Box 402168
Atlanta, GA 30384

Network Communications Incorporated
P.O. Box 402168
Atlanta, GA 30384-2168

New Age Apartment Finders
10854 Lake Path Drive
San Antonio, TX 78217

Nextel
PO Box 4181
Carol Stream, IL 60197

NWP Services Corporation
PO BOX 19661
IRVINE, CA 92623-9661


Oakhurst Marketing Incorporated
14004 Roosevelt Blvd. Ste 604
Clearwater, FL 33762


Office Mate
10609 Metric Blvd# 106
Austin, TX 78758


OfficeMax, Inc
P.O. Box 101705
Atlanta, GA 30392-1705


Paint Plus
PO BOX 82001
Austin, TX 78708


Paris Publishing
P.O. Box 12035
Fort Worth, TX 76110


Peachtree Business Products, Inc
P.O. Box 13290
Atlanta, GA 30324

Pitney Bowes Inc
One Elmcroft Rd
Stamford, CT 06926-0700


Planet Telecom Inc
PO Box 255
New Albany, IN 47151


Powerhouse Carpet Cleaning
10925 Signal Hill Rd
Austin, TX 78737


Premium Cuts Lawn Service & Maintenance,
PO BOX 82108
Austin, TX 78708-2108


Quality Services of Texas
PO BOX 15531
Austin, TX 78761


Quality Surface Solutions, Inc
5214 Burleson Road, STE 311
Austin, TX 78744


Quill
PO Box 37600
Philadelphia, PA 19101-0600

Quill Corporation
100 Schelcer Road
Lincolnshire, IL 60069


Rent.Com
Payment Center / Department 1987
Los Angeles, CA 90084-1987


Rent.com
2425 Olympic Blvd, Suite 400E
Santa Monica, CA 90404


Resident Check, Inc
PO Box 678911
Dallas, TX 75267-8911


Sherwin Williams
13800 Immanuel Road
Pflugerville, TX 78660


Sherwin Williams, Inc
900 E. Braker Lane
Austin, TX 78753


Signs West Inc.
11926 Wirth Road
Austin, TX 78748

Smart Cleaning
P.O. Box 200716
Austin, TX 78720


Sparkletts
P.O. Box 660579
Dallas, TX 75266-0579


Sparletts and Sierra Springs
PO BOX 660579
Dallas, TX 75266-0579


Staples
PO Box 30851 / DEPT BOS 85101
Hartford, CT 06150-0851


Staples Business Advantage
Dept Bos 85101 / PO Box 30851
Hartford, CT 06150-0851


SunTerra Landscape Services, LP
PO Box 80949
Austin, TX 78708


Surface Connection
9009 A Soverign Row
Dallas, TX 75247

Surface Works of Austin, Inc
9009 A Sovereign Row
Dallas, TX 75247


Texas Gas Service
1301 South MOPAC Expwy
Austin, TX 78701


Texas PC Pro
1301 Wilson Heights Dr
Austin, TX 78746


TFI Services
P.O. Box 4346 Dept 367
Houston, TX 77210-4346


The Helium House
PO BOX 30015
Austin, TX 78755


TNT Glass & Mirror
PO BOX 152709
Austin, TX 78715


USA Mobility/Arch Wireless
PO Box 660770
Dallas, TX 75266

Waste Management
Longhorn Disposal / PO Box 78251
Phoenix, AZ 85062


Waste Management
PO Box 78251
Phoenix, AZ 85062-8251


Welcome Home America
P.O. Box 246
Holly Springs, GA 30142


Wilmar
P.O. Box 404284
ATLANTA, GA 303844284


Wilmar Industries , Corp
P.O. Box 404284
Atlanta, GA 30384-4284


Wilmar Industries Inc
PO Box 404284
Atlanta, GA 30384-4284


Wilmar Industries Inc
P.O. Box 404284
Atlanta, GA 303844284