WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP
Evan D. Smiley, State Bar No. 161812
esmiley@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
Robert S. Marticello, State Bar No. 244256
rmarticello@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:    (714) 966-1000
Facsimile:    (714) 966-1002

Proposed Attorneys for Debtors and Debtors-in-Possession,
Bethany Holdings Austin Apartments, LLC, *et al.*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a Delaware limited liability company,<br><br>Debtor and Debtor-in-Possession.<br><br>_X_ Affects BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a Delaware limited liability company ONLY<br><br>___ Affects BETHANY AUSTIN MEZZANINE APARTMENTS, LLC, a Delaware limited liability company ONLY<br><br>_X_ Affects BETHANY LONESTAR APARTMENTS, LLC, a Delaware limited liability company ONLY<br><br>_X_ Affects KT TERRAZA-TX1, LLC, a Delaware limited liability company ONLY<br><br>___ Affects KT TERRAZA-TX2, LLC, a Delaware limited liability company ONLY<br><br>_X_ Affects FJLC-TX1, LLC, a Delaware limited liability company ONLY<br><br>___ Affects FJLC-TX2, LLC, a Delaware limited liability company ONLY | Case No. 8:09-bk-11873-RK<br><br>Chapter 11 Case<br><br>(Jointly Administered with Case Nos. 8:09-bk-11874-RK; 8:09-bk-11875-RK; 8:09-bk-11876-RK; 8:09-bk-11877-RK; 8:09-bk-11878-RK; 8:09-bk-11879-RK; 8:09-bk-11880-RK; 8:09-bk-11881-RK; 8:09-bk-11882-RK; 8:09-bk-11883-RK; 8:09-bk-11884-RK; 8:09-bk-11885-RK; 8:09-bk-11886-RK; 8:09-bk-11887-RK; 8:09-bk-11888-RK; 8:09-bk-11889-RK; and 8:09-bk-11890-RK)<br><br>**DECLARATION OF GREG GARMON IN SUPPORT OF THE DEBTORS' NOTICE OF SETTING INSIDER COMPENSATION**<br><br>DATE:    May 4, 2009<br>TIME:    1:30 p.m.<br>PLACE:    Courtroom 5D<br>411 W. Fourth St.<br>Santa Ana, CA 92701 |

1    DECLARATION

294097.1

___ Affects BETHANY LONESTAR MEZZANINE APARTMENTS, LLC, a Delaware limited liability company ONLY

_X_ Affects BETHANY QUAIL HOLLOW APARTMENTS, LLC, a Delaware limited liability company ONLY

_X_ Affects BETHANY QUAIL HOLLOW, LLC, a Delaware limited liability company ONLY

_X_ Affects BETHANY SENECA BAY APARTMENTS, LLC, a Delaware limited liability company ONLY

_X_ Affects BETHANY SENECA BAY, LLC, a Delaware limited liability company ONLY

_X_ Affects BETHANY WOODHILL APARTMENTS, LLC, a Delaware limited liability company ONLY

_X_ Affects BETHANY WOODHILL, LLC, a Delaware limited liability company ONLY

_X_ Affects BETHANY WILLOW LAKE APARTMENTS, LLC, a Delaware limited liability company ONLY

_X_ Affects BETHANY WILLOW LAKE, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY GP ACQUISITION, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY LP ACQUISITION, LLC, a Delaware limited liability company ONLY

___ Affects All Debtors.

Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

294097.1

I, Greg Garmon, declare as follows:

1. I am the President of the above-affected debtors and debtors-in-possession (collectively, the "Debtors"). I am submitting this declaration in support of the Debtors' Notice of Setting Insider Compensation ("Notice") with respect to me. All terms defined in the Debtor's Reply to the Objections to the Notice are incorporated herein by this reference. The following is based upon my personal knowledge and if called as a witness herein, I could and would competently testify thereto.

2. Pre-petition, I was the Chief Executive Officer of the Bethany Group, which managed the Properties and the Portfolios. I have substantial knowledge and experience with respect to the Apartment Complexes and the Portfolios in particular and the industry in general.

3. As President of the Debtors, I am the ultimate decision maker with respect to the management of the Debtors, am a signatory on the Debtors' accounts, and have a "big picture" understanding of all aspects of the Debtors' operations.

3. I have over nineteen years of experience in the Apartment Industry and have worked with some of the largest REIT's in the Country and have built an excellent personal reputation for my leadership, property operations performance, and team building and development. In 2003, I began the Bethany Group, LLC with my two partners, the other Insiders. Over five years we owned and operated nearly 20,000 apartments nationwide, during that period, we were very successful as a company.

4. In 2008, the unwillingness of a mezzanine lender to live up to their funding commitment to complete the last half of our renovation on 12 properties in Austin and Houston, eventually put our company in a financial tail spin.

5. We spent nearly ten months with two separate recapitalization partners trying to rescue the Debtors. We infused over $5 million (nationally) from our management company and personally into the properties to bridge the critical property expense shortfall and pay liens and levies. Bethany Management stopped collecting management fees on nearly half the portfolio for several months, and had to fund approximately $3 million in

payroll in the last 3 months of operations. I worked seven days a week for months trying to find short term and long-term solutions.

6. This brief history is to highlight the kind of work ethic and effort that was expended by me and the other Insiders, very experienced professionals, to save and solve these Portfolios' problems. Our last personal income draw came on February 1, 2009 as we did not pay ourselves bonuses on the way out.

7. Beginning the week prior to the Petition Date, the three Insiders had to manage the Debtors which were previously managed by a 30 person office with a full time receptionist, and five field vice presidents.

8. The following is a summary of the time spent and services I provided to the Debtors during the months of March and April, 2009:

    a. I spent a minimum of 50 and up to 90 hours per week in the month of March, and 35 to 45 hours per week in April for the benefit and protection of the estates. During this time, I provided critical support, information, and analysis for the Court, Debtors' counsel, the Chief Restructuring Advisor, Robert Mosier ("CRA"), the property manager, Rob Warren (IPS), the investors, lenders and creditors of these three Portfolios. The 3 Portfolios consist of 16 properties and approximately 5,000 units combined in Texas and Maryland.

    b. I spent approximately 65 hours coordinating property employee issues and needs by phone and email through, for example, direct contact and updates with Vice Presidents Kathy Cox, (TX), Kevin Owen, (MD), and Eric Sabotka (MD), coordinating with Rob Warren (IPS), in full effort to maintain property employees by communicating the plan to transition to IPS. I also coordinated with Gary Silverman, the prepetition Payroll/Human Resource Director for VS Management, the employee leasing company for the Debtors, to get employees accurately paid and transferred to the IPS Payroll. Without these communication and coordination efforts we would have lost more good employees, paying residents, and time to control and economic loss.

    c.    I spent approximately 30 hours coordinating and resolving immediate needs and emergencies with Kathy Cox (TX) and Kevin Owens (MD) regarding such issues as utility shut-offs, life and safety issues, immediate payables, etc. This coordination of emergencies was critical on many fronts to maintain residents, avoid lawsuits, and cause further property damage.  This was during a critical juncture for the estates which was the interim period in which Rob Warren (IPS) needed time to get to the properties, assess the situation, and obtain funds to solve the problems.

    d.    I spent approximately 25 hours working with the Chief Restructuring Advisor Robert Mosier on setting up bank accounts with Bank of America and Wells Fargo to establish Debtor-in-Possession accounts.  Without these accounts the Debtors could not continue to operate.

    e.    I spent approximately 65 hours in meetings, on phone calls, or corresponding by email with Debtors' bankruptcy counsel, the CRA, and IPS regarding the portfolio business plans, budgets, cash flows, cash collateral budgets, and the net operating income, as well as discussing potential bankruptcy exit strategies.  These issues were all time sensitive and critical to the estate, the lenders, creditors, and to obtaining authority to use cash collateral.

    f.    I spent approximately 40 hours working directly with the Insiders on coordinating all requests and updates for our investors and other parties in interest through meetings, phone calls, emails, providing loan documents, financial information, and projections.

    g.    I spent approximately 35 hours coordinating with Debtors' bankruptcy counsel assisting in the preparation of pleadings and documents to be filed in the cases, including motions, schedules, and complying with requirements of the Office of the United States Trustee.

    h.    I spent approximately 25 hours coordinating all aspects of document storage with I.T. staff in Atlanta and the other Insiders, locating all YARDI (Debtors' accounting software) documentation, downloads of information on all the portfolios, and

294097.1

with Kurtz and Silverman, organizing and taking inventory for all 3 Portfolios so the documents could be place in safely in storage. These services were critical for all parties (now and future) to be able to access information to be able to operate with historical knowledge and assess current portfolio liabilities.

  i. I spent approximately 30 hours picking up, sorting and opening mail and other incoming correspondence for each of the Portfolios which included critical information regarding the Debtors, such as information with respect to payables and lien management, Department of Labor inquiries, critical property needs, and ancillary income checks, to name a few examples.

  j. I spent approximately 15 hours in communication with potential new investors and buyers with respect to the Debtors in connection with the formulation the Debtors' reorganization plan.

  k. I spent approximately 20 hours attending Court hearings with respect to first-day and other important motions.

  l. I spent approximately 6 hours assisting in the preparation of the insider compensation requests and the Reply.

  9. In sum, over the past seven weeks, I estimate conservatively that I personally have invested over 350 hours of my time and effort to the best of my ability and with the intent to protect the estates, ensure an effective transition, and to support the efforts to maximize the value of estates for the benefit of Debtors, creditors, employees, residents, and other parties in interest. Despite these efforts, I have not received any compensation since February 1, 2009, creating a severe financial hardship for my family and me. I have 8 children (2 in college) and without being paid the reasonable compensation proposed for my full-time services over the past couple months, I am not

1 | able to pay for the living expenses of my family.

2 |     I declare under penalty of perjury that the foregoing is true and correct.

3 |     Executed on this 30th day of May, 2009, at Costa Mesa, California.

*[signature]*
Greg Garmon

*Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP*
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

7

DECLARATION

294097.1

| In re: BETHANY HOLDINGS AUSTIN APARTMENTS LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 09-11873 RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 TOWN CENTER DRIVE, SUITE 950, COSTA MESA, CA 92626

A true and correct copy of the foregoing document described <u>DECLARATION OF GREG GARMON IN SUPPORT OF THE DEBTORS' NOTICE OF SETTING INSIDER COMPENSATION</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>APRIL 30, 2009</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On <u>APRIL 30, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>APRIL 30, 2009</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Robert Kwan
411 W. 4th Street, Suite 2030
Santa Ana, CA 92701

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/30/09 | Kelly M. Rivera | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                          F 9013-3.1

## SERVICE LIST:

**VIA EMAIL**
Frank Cadigan
United States Trustee
411 W. 4th Street, Suite 9041
Santa Ana, CA 92701
Email: Frank.Cadigan@usdoj.gov

William J. Kiekhofer, Esq.
McGuireWoods, LLP
1800 Century Park East
8th Floor
Los Angeles, CA 90067
Email: WKiekhofer@mcguirewoods.com
**Counsel for Creditors' Committee**

Nicholas P. Crowell, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Email: ncrowell@sidley.com
**Counsel for Black Rock, Inc.**

William Greendyke, Esq.
Fulbright & Jaworski, LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2750
Email: wgreendyke@fulbright.com
**Counsel for Midland Loan Services, Inc.**

Robert E. Darby, Esq.
Fulbright & Jaworski, LLP
555 S. Flower, 41st Floor
Los Angeles, CA 90071
New York, NY 10022
Email: rdarby@fulbright.com

Joel G. Samuels, Esq.
Sidley & Austin, LLP
555 West Fifth St., Suite 4000
Los Angeles, CA 90013
Email: jsamuels@Sidley.com
**Attorneys for Blackrock/ Anthrocite**

Mark Platt, Esq.
Fulbright & Jaworski, LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784
Email: mplatt@fulbright.com

Andrea Valdez, Esq.
Fulbright & Jaworski, LLP
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Email: Avaldez@fulbright.com

**VIA U.S. MAIL**
Bethany Holdings Austin Apartments, LLC
1920 Main Street, Suite 770
Irvine, CA 92614
Debtor

**Electronic Mail Notice List**

Drew A Callahan     ecfcacb@piteduncan.com
Dan E Chambers    dchambers@jmbm.com
Eric A Cook    ecook@ebglaw.com
Christina M Craige    ccraige@sidley.com
Tammy C Drescher    tdrescher@sellmanhoff.com
Michael J Hauser    michael.hauser@usdoj.gov
William H. Kiekhofer    wkiekhofer@mcguirewoods.com
Robert S Marticello    Rmarticello@wgllp.com
Hutchison B Meltzer    hmeltzer@wgllp.com
Jeremy E Rosenthal    jrosenthal@sidley.com
Evan D Smiley    esmiley@wgllp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Andrea M Valdez    avaldez@fulbright.com