1  **WEILAND, GOLDEN,**
**SMILEY, WANG EKVALL & STROK, LLP**
2  Evan D. Smiley, State Bar No. 161812
esmiley@wgllp.com
3  Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
4  Robert S. Marticello, State Bar No. 244256
rmarticello@wgllp.com
5  650 Town Center Drive, Suite 950
Costa Mesa, California 92626
6  Telephone:   (714) 966-1000
Facsimile:   (714) 966-1002

Attorneys for Debtors and Debtors-in-Possession,
Bethany Holdings Austin Apartments, LLC, *et al.*





### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| 12  In re | Case No. 8:09-bk-11873-RK |
| 13  BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a Delaware limited | Chapter 11 |
| 14  liability company, | (Jointly Administered with Case Nos. 8:09-bk-11874-RK; 8:09-bk-11875-RK; |
| 15            Debtor and Debtor-in-Possession. | 8:09-bk-11876-RK; 8:09-bk-11877-RK; 8:09-bk-11878-RK; 8:09-bk-11879-RK; 8:09-bk-11880-RK; 8:09-bk-11881-RK; |
| 16  ___ Affects BETHANY HOLDINGS AUSTIN | 8:09-bk-11882-RK; 8:09-bk-11883-RK; |
| 17  APARTMENTS, LLC, a Delaware limited liability company ONLY | 8:09-bk-11884-RK; 8:09-bk-11885-RK; 8:09-bk-11886-RK; 8:09-bk-11887-RK; |
| 18 | 8:09-bk-11888-RK; 8:09-bk-11889-RK; |
| 19  ___ Affects BETHANY AUSTIN MEZZANINE APARTMENTS, LLC, a | and 8:09-bk-11890-RK) |
| 20  Delaware limited liability company ONLY | **ORDER ON NOTICES OF SETTING** |
| 21  ___ Affects BETHANY LONESTAR APARTMENTS, LLC, a Delaware limited liability company ONLY | **INSIDER COMPENSATION** |
| 22 | **DATE:    May 12, 2009** |
| 23  ___ Affects KT TERRAZA-TX1, LLC, a Delaware limited liability company ONLY | **TIME:    3:30 p.m.** **CTRM:   5D** |
| 24  ___ Affects KT TERRAZA-TX2, LLC, a Delaware limited liability company ONLY | |
| 25 | |
| 26  ___ Affects FJLC-TX1, LLC, a Delaware limited liability company ONLY | |
| 27  ___ Affects FJLC-TX2, LLC, a Delaware limited liability company ONLY | |
| 28 | |

296985.1                             1                        ORDER ON INSIDER COMPENSATION
CASE NO. 09-bk-11873-RK

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1 | ___ Affects BETHANY LONESTAR
MEZZANINE APARTMENTS, LLC, a
2 | Delaware limited liability company ONLY

3 | ___ Affects BETHANY QUAIL HOLLOW
APARTMENTS, LLC, a Delaware limited
4 | liability company ONLY

5 | ___ Affects BETHANY QUAIL HOLLOW,
LLC, a Delaware limited liability company
6 | ONLY

7 | ___ Affects BETHANY SENECA BAY
APARTMENTS, LLC, a Delaware limited
8 | liability company ONLY

9 | ___ Affects BETHANY SENECA BAY, LLC,
a Delaware limited liability company ONLY

10

___ Affects BETHANY WOODHILL
11 | APARTMENTS, LLC, a Delaware limited
liability company ONLY

12
___ Affects BETHANY WOODHILL, LLC, a
13 | Delaware limited liability company ONLY

14 | ___ Affects BETHANY WILLOW LAKE
APARTMENTS, LLC, a Delaware limited
15 | liability company ONLY

16 | ___ Affects BETHANY WILLOW LAKE,
LLC, a Delaware limited liability company
17 | ONLY

18 | ___ Affects BETHANY GP ACQUISITION,
LLC, a Delaware limited liability company
19 | ONLY

20 | ___ Affects BETHANY LP ACQUISITION,
LLC, a Delaware limited liability company
21 | ONLY

22 | _X_ Affects All Debtors.

23

24        The Notices of Setting Insider Compensation (collectively, the "Notices") with

25   respect to Greg Garmon, Jeffrey Silverman, and Jason Kurtz (individually, an "Insider" and

26   together, the "Insiders"), filed by the above-affected debtors and debtors-in-possession

27   (collectively, the "Debtors"), came on for final hearing before the Honorable Robert N.

28

1 Kwan, United States Bankruptcy Judge, on May 12, 2009, at 3:30 p.m. in the above-

2 referenced Court.   Appearances were as noted on the record.

3      After review of the Notices, the notice of hearing on the Notices, all other papers

4 filed in support of the Notices and in opposition thereto, oral argument at the hearings on

5 the Notices, and based on the findings stated on the record and for good cause shown,

6      **IT IS ORDERED THAT** insider compensation is authorized through June 30, 2009

7 as set forth below:

8      1.    The Insiders will each be paid the sum of $8,387.10 for the month of March

9 2009 (based upon a proration of a monthly $10,000 amount for the 26 days in March

10 following the petition dates), and will each be paid the sum of $10,000 for the month of

11 April 2009.

12      2.    The Insiders will each be paid at the rate of $80 per hour for the months of

13 May 2009 and June 2009; provided, however, that the maximum amount paid to each

14 Insider shall not exceed $10,000 per month.

15      3.    The aggregate amount payable to all Insiders for the period from the petition

16 dates through June 30, 2009 pursuant to this Order shall not exceed $110,000.

17      4.    The Insiders will keep time records for May 2009 and June 2009 consistent

18 with the time records kept by "professional persons," which time records will be provided

19 on a monthly basis to each of the secured creditors, the Official Committee of Unsecured

20 Creditors (the "Committee"), and the Office of the United States Trustee (the "U.S.

21 Trustee").  The Insiders shall provide such time records within seven (7) calendar days

22 after the end of each month (i.e., by June 7, 2009 for the month of May 2009, and by July

23 7, 2009 for the month of June 2009).

24      5.    Any secured creditor, the Committee or the U.S. Trustee may object to any

25 portion of the amounts paid or to be paid to the Insiders for the months of May 2009 and

26 June 2009 based upon their review of the time records provided by the Insiders.  Any

27 such objection shall be filed with the Court and served on the Debtors' counsel, the

28 Committee's counsel, and the U.S. Trustee within seven (7) days after receipt of the time

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  records for a given month, and may be set for hearing before the Court on an expedited

2  basis, including an expedited briefing schedule, subject to the Court's calendar.  Any

3  compensation which is disallowed by the Court following a hearing on any such objection

4  shall be repaid by the Insiders to the extent such compensation was previously paid to the

5  Insiders (and any such amounts repaid by the Insiders shall be considered cash collateral

6  to the extent the repaid compensation was paid using cash collateral).

7         6.       The Insiders shall not be paid after June 30, 2009, absent further order of

8  the Court.

9         7.       The Debtors are authorized to use cash collateral to pay the aforementioned

10  compensation to the Insiders as provided herein in accordance with the Stipulation

11  Regarding Debtors' Emergency Motions for Orders Authorizing Use of Cash Collateral

12  Through June 30, 2009.

###

18  DATED:    **JUN  2 2009**

THE HONORABLE ROBERT N. KWAN,
United States Bankruptcy Judge

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

| In re: BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a Delaware limited liability company,<br><br>                                Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 8:09-bk-11873-RK |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**650 Town Center Drive, Suite 950, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document described  **ORDER ON NOTICES OF SETTING INSIDER COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __**May 20, 2009**__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 20, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Hon. Robert Kwan, Ctrm. 5D – Suite 5165
United States Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 20, 2009 | MARGARET SCIESINSKI | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 9013-3.1

| In re: BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a Delaware limited liability company, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-11873-RK |

## II. SERVED BY U.S. MAIL

Michael Hauser
United States Trustee
411 W. 4th Street, Suite 9041
Santa Ana, CA 92701

Bethany Holdings Austin Apartments, LLC
1920 Main Street, Suite 770
Irvine, CA 92614
Debtor

William J. Kiekhofer, Esq.
McGuireWoods, LLP
1800 Century Park East
8th Floor
Los Angeles, CA 90067
Counsel for Creditors' Committee

Nicholas P. Crowell, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Counsel for Black Rock, Inc.

William Greendyke, Esq.
Fulbright & Jaworski, LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2750
Counsel for Midland Loan Services, Inc.

Robert E. Darby, Esq.
Fulbright & Jaworski, LLP
555 S. Flower, 41st Floor
Los Angeles, CA 90071

Joel G. Samuels, Esq.
Sidley & Austin, LLP
555 West Fifth St., Suite 4000
Los Angeles, CA 90013
Attorneys for Blackrock/ Anthrocite

Robert P. Mosier
MOSIER & COMPANY
3151 Airway, Suite A-1
Costa Mesa, CA 92626

Robert Warren
Industrial Property Services
27042 Towne Centre Drive
Foothill Ranch, CA  92610

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re: BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a Delaware limited liability company, | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:09-bk-11873-RK |

## NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON NOTICES OF SETTING INSIDER COMPENSATION** _____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 20, 2009** _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Bethany Holdings Austin Apartments, LLC
1920 Main Street, Suite 770
Irvine, CA 92614
**Debtor**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                      **F 9021-1.1**

| | |
|---|---|
| In re: BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a Delaware limited liability company, | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 8:09-bk-11873-RK |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Drew A Callahan    ecfcacb@piteduncan.com
Dan E Chambers    dchambers@jmbm.com
Eric A Cook    ecook@ebglaw.com
Christina M Craige    ccraige@sidley.com
Tammy C Drescher    tdrescher@sellmanhoff.com
Michael J Hauser    michael.hauser@usdoj.gov
William H. Kiekhofer    wkiekhofer@mcguirewoods.com
Robert S Marticello    Rmarticello@wgllp.com
Hutchison B Meltzer    hmeltzer@wgllp.com
Jeremy E Rosenthal    jrosenthal@sidley.com
Evan D Smiley    esmiley@wgllp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Andrea M Valdez    avaldez@fulbright.com

**III.  TO BE SERVED BY THE LODGING PARTY:**

Nicholas P. Crowell, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Counsel for Black Rock, Inc.

William Greendyke, Esq.
Fulbright & Jaworski, LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2750
Counsel for Midland Loan Services, Inc.

Joel G. Samuels, Esq.
Sidley & Austin, LLP
555 West Fifth St., Suite 4000
Los Angeles, CA 90013
Attorneys for Blackrock/ Anthrocite

Robert Warren
Industrial Property Services
27042 Towne Centre Drive
Foothill Ranch, CA  92610

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**