**WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP**
Evan D. Smiley, State Bar No. 161812
esmiley@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
Robert S. Marticello, State Bar No. 244256
rmarticello@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:   (714) 966-1000
Facsimile:    (714) 966-1002

Attorneys for Debtors and Debtors-in-Possession,
Bethany Holdings Austin Apartments, LLC, *et al.*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a Delaware limited liability company,<br><br>    Debtor and<br>    Debtor-in-Possession.<br><br>___ Affects BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a Delaware limited liability company ONLY<br><br>___ Affects BETHANY AUSTIN MEZZANINE APARTMENTS, LLC, a Delaware limited liability company ONLY<br><br>___ Affects BETHANY LONESTAR APARTMENTS, LLC, a Delaware limited liability company ONLY<br><br>___ Affects KT TERRAZA-TX1, LLC, a Delaware limited liability company ONLY<br><br>___ Affects KT TERRAZA-TX2, LLC, a Delaware limited liability company ONLY<br><br>___ Affects FJLC-TX1, LLC, a Delaware limited liability company ONLY<br><br>___ Affects FJLC-TX2, LLC, a Delaware limited liability company ONLY | Case No. 8:09-bk-11873-RK<br><br>Chapter 11 Case<br><br>(Jointly Administered with Case Nos. 8:09-bk-11874-RK; 8:09-bk-11875-RK; 8:09-bk-11876-RK; 8:09-bk-11877-RK; 8:09-bk-11878-RK; 8:09-bk-11879-RK; 8:09-bk-11880-RK; 8:09-bk-11881-RK; 8:09-bk-11882-RK; 8:09-bk-11883-RK; 8:09-bk-11884-RK; 8:09-bk-11885-RK; 8:09-bk-11886-RK; 8:09-bk-11887-RK; 8:09-bk-11888-RK; 8:09-bk-11889-RK; and 8:09-bk-11890-RK)<br><br>**STIPULATION FOR CONTINUED PAYMENT OF INSIDER COMPENSATION**<br><br>**[No Hearing Required]** |

___ Affects BETHANY LONESTAR MEZZANINE APARTMENTS, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY QUAIL HOLLOW APARTMENTS, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY QUAIL HOLLOW, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY SENECA BAY APARTMENTS, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY SENECA BAY, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY WOODHILL APARTMENTS, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY WOODHILL, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY WILLOW LAKE APARTMENTS, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY WILLOW LAKE, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY GP ACQUISITION, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY LP ACQUISITION, LLC, a Delaware limited liability company ONLY

_X_ Affects All Debtors.

The debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), LaSalle Bank National Association, as Trustee for the Registered Holders of LB-UBS Commercial Mortgage Trust 2007-C1, Commercial Mortgage Pass-Through Certificates, Series 2007-C1 ("C1 Trust"), acting by and through Midland Loan Services, Inc., a Delaware corporation, as special servicer pursuant to that certain Pooling and

Servicing Agreement dated February 12, 2007, Anthracite Funding, LLC ("Anthracite"), and the Official Committee of Unsecured Creditors ("OCC"), enter into this Stipulation for Continued Payment of Insider Compensation (the "Stipulation").

## RECITALS

1. On March 18, 2009, the Debtors filed Notices of Setting/Increasing Insider Compensation (collectively, the "Notices") for Gregory Paul Garmon, Jeffrey Alan Silverman, and Jason Alexander Kurtz (collectively, the "Insiders").

2. On April 3, 2009, C1 Trust filed an opposition to the Notices, and Anthracite joined therein.

3. The Debtors set the Notices for hearing on April 28, 2009. The Court continued the hearing on the Notices to May 4, 2009, for an evidentiary hearing, and then to May 12, 2009, for further briefing.

4. On June 3, 2009, the Court entered an order authorizing insider compensation (the "Order") through June 30, 2009, on the terms and conditions contained therein. A true and correct copy of the Order is attached hereto as Exhibit "1." Pursuant to the Order, the Insiders cannot be paid after June 30, 2009, without further court order.

5. The parties have agreed to the further payment of insider compensation on the same terms and conditions as contained in the Order.

## STIPULATION

**NOW, THEREFORE,** based on the above recitals, and subject to court order approving the Stipulation, the parties stipulate as follows:

1. The Debtors are authorized to continue payments to the Insiders in accordance with the terms set forth in the Order.

2. The Insiders will each be paid at the rate of $80 per hour; provided, however, that the maximum amount paid to the Insiders shall not exceed $15,000 per month, and the aggregate amount payable to all Insiders for the period from the petition dates through October 31, 2009 shall not exceed $110,000.

3.   The Insiders will keep time records consistent with the time records kept by "professional persons," which time records will be provided on a monthly basis to C1 Trust, Anthracite, the OCC, and the Office of the United States Trustee (the "U.S. Trustee"). The Insiders shall provide such time records within seven (7) calendar days after the end of each month.

4.   C1 Trust, Anthracite, the Committee or the U.S. Trustee may object to any portion of the amounts paid or to be paid to the Insiders for a given month upon their review of the time records provided by the Insiders. Any such objection shall be filed with the Court and served on the Debtors' counsel, the Committee's counsel, and the U.S. Trustee within seven (7) days after receipt of the time records for a given month, and may be set for hearing before the Court on an expedited basis, including an expedited briefing schedule, subject to the Court's calendar. Any compensation which is disallowed by the Court following a hearing on any such objection shall be repaid by the Insiders to the extent such compensation was previously paid to the Insiders (and any such amounts repaid by the Insiders shall be considered cash collateral to the extent the repaid compensation was paid using cash collateral).

5.   The Debtors are authorized to use cash collateral to pay the aforementioned compensation to the Insiders through August 31, 2009, as provided herein in accordance with the Stipulation Resolving Debtors' Motion for Order Authorizing Further Use of Cash Collateral Through October 31, 2009, subject to further Court order authorizing the Debtors' further use of cash collateral beyond August 31, 2009.

**IT IS SO STIPULATED.**

Dated: August 5, 2009

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: _____ FoR
EVAN D. SMILEY
Attorneys for Debtors and Debtors-in-Possession, Bethany Holdings Austin Apartments, LLC, et al.

Dated: August ___, 2009

FULBRIGHT & JAWORSKI L.L.P.

By: _____
WILLIAM GREENDYKE
Attorneys for C1 Trust

Dated: August ___, 2009

SIDLEY AUSTIN LLP

By: _____
JOEL G. SAMUELS
Attorneys for Anthracite Funding, LLC

Dated: August 5, 2009

McGUIRE WOODS LLP

By: /s/William H. Kiekhofer
William H. Kiekhofer
Attorneys for The Official Committee of Unsecured Creditors

**IT IS SO STIPULATED.**

Dated: August ___, 2009

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: _____
EVAN D. SMILEY
Attorneys for Debtors and Debtors-in-
Possession, Bethany Holdings Austin
Apartments, LLC, *et al.*

Dated: August 4, 2009

FULBRIGHT & JAWORSKI L.L.P.

By: *William Greendyke* (signature)
WILLIAM GREENDYKE
Attorneys for C1 Trust

Dated: August ___, 2009

SIDLEY AUSTIN LLP

By: _____
JOEL G. SAMUELS
Attorneys for Anthracite Funding, LLC

Dated: August ___, 2009

McGUIRE WOODS LLP

By: _____
William H. Kiekhofer
Attorneys for The Official Committee of
Unsecured Creditors

**IT IS SO STIPULATED.**

Dated: August ___, 2009

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: _____
EVAN D. SMILEY
Attorneys for Debtors and Debtors-in-Possession, Bethany Holdings Austin Apartments, LLC, *et al.*

Dated: August ___, 2009

FULBRIGHT & JAWORSKI L.L.P.

By: _____
WILLIAM GREENDYKE
Attorneys for C1 Trust

Dated: August 4, 2009

SIDLEY AUSTIN LLP

By: /s/ Joel G. Samuels
JOEL G. SAMUELS
Attorneys for Anthracite Funding, LLC

Dated: August ___, 2009

McGUIRE WOODS LLP

By: _____
William H. Kiekhofer
Attorneys for The Official Committee of Unsecured Creditors

# EXHIBIT 1

0.0

```
 1  WEILAND, GOLDEN,
    SMILEY, WANG EKVALL & STROK, LLP
 2  Evan D. Smiley, State Bar No. 161812
    esmiley@wgllp.com
 3  Hutchison B. Meltzer, State Bar No. 217166
    hmeltzer@wgllp.com
 4  Robert S. Marticello, State Bar No. 244256
    rmarticello@wgllp.com
 5  650 Town Center Drive, Suite 950
    Costa Mesa, California 92626
 6  Telephone:  (714) 966-1000
    Facsimile:  (714) 966-1002
 7
 8  Attorneys for Debtors and Debtors-in-Possession,
    Bethany Holdings Austin Apartments, LLC, et al.
```

FILED JUN 2 - 2009 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

ENTERED JUN -3 2009 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

LODGED MAY 20 2009 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY:

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor-in-Possession.<br><br>___ Affects BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a Delaware limited liability company ONLY<br><br>___ Affects BETHANY AUSTIN MEZZANINE APARTMENTS, LLC, a Delaware limited liability company ONLY<br><br>___ Affects BETHANY LONESTAR APARTMENTS, LLC, a Delaware limited liability company ONLY<br><br>___ Affects KT TERRAZA-TX1, LLC, a Delaware limited liability company ONLY<br><br>___ Affects KT TERRAZA-TX2, LLC, a Delaware limited liability company ONLY<br><br>___ Affects FJLC-TX1, LLC, a Delaware limited liability company ONLY<br><br>___ Affects FJLC-TX2, LLC, a Delaware limited liability company ONLY | Case No. 8:09-bk-11873-RK<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:09-bk-11874-RK; 8:09-bk-11875-RK; 8:09-bk-11876-RK; 8:09-bk-11877-RK; 8:09-bk-11878-RK; 8:09-bk-11879-RK; 8:09-bk-11880-RK; 8:09-bk-11881-RK; 8:09-bk-11882-RK; 8:09-bk-11883-RK; 8:09-bk-11884-RK; 8:09-bk-11885-RK; 8:09-bk-11886-RK; 8:09-bk-11887-RK; 8:09-bk-11888-RK; 8:09-bk-11889-RK; and 8:09-bk-11890-RK)<br><br>**ORDER ON NOTICES OF SETTING INSIDER COMPENSATION**<br><br>DATE:  May 12, 2009<br>TIME:   3:30 p.m.<br>CTRM:  5D |

296985.1

1

ORDER ON INSIDER COMPENSATION
CASE NO. 09-bk-11873-RK

EXHIBIT 1 PAGE 8

1 | ___ Affects BETHANY LONESTAR MEZZANINE APARTMENTS, LLC, a
2 | Delaware limited liability company ONLY

3 | ___ Affects BETHANY QUAIL HOLLOW APARTMENTS, LLC, a Delaware limited
4 | liability company ONLY

5 | ___ Affects BETHANY QUAIL HOLLOW, LLC, a Delaware limited liability company
6 | ONLY

7 | ___ Affects BETHANY SENECA BAY APARTMENTS, LLC, a Delaware limited
8 | liability company ONLY

9 | ___ Affects BETHANY SENECA BAY, LLC, a Delaware limited liability company ONLY
10 |

11 | ___ Affects BETHANY WOODHILL APARTMENTS, LLC, a Delaware limited
12 | liability company ONLY

13 | ___ Affects BETHANY WOODHILL, LLC, a Delaware limited liability company ONLY

14 | ___ Affects BETHANY WILLOW LAKE APARTMENTS, LLC, a Delaware limited
15 | liability company ONLY

16 | ___ Affects BETHANY WILLOW LAKE, LLC, a Delaware limited liability company
17 | ONLY

18 | ___ Affects BETHANY GP ACQUISITION, LLC, a Delaware limited liability company
19 | ONLY

20 | ___ Affects BETHANY LP ACQUISITION, LLC, a Delaware limited liability company
21 | ONLY

22 | _X_ Affects All Debtors.

23

24       The Notices of Setting Insider Compensation (collectively, the "Notices") with

25 respect to Greg Garmon, Jeffrey Silverman, and Jason Kurtz (individually, an "Insider" and

26 together, the "Insiders"), filed by the above-affected debtors and debtors-in-possession

27 (collectively, the "Debtors"), came on for final hearing before the Honorable Robert N.

28

296985.1                                              2        ORDER ON INSIDER COMPENSATION
                                                               CASE NO. 09-bk-11873-RK

EXHIBIT __1__ PAGE __9__

1  Kwan, United States Bankruptcy Judge, on May 12, 2009, at 3:30 p.m. in the above-
2  referenced Court. Appearances were as noted on the record.
3      After review of the Notices, the notice of hearing on the Notices, all other papers
4  filed in support of the Notices and in opposition thereto, oral argument at the hearings on
5  the Notices, and based on the findings stated on the record and for good cause shown,
6      **IT IS ORDERED THAT** insider compensation is authorized through June 30, 2009
7  as set forth below:
8      1.    The Insiders will each be paid the sum of $8,387.10 for the month of March
9  2009 (based upon a proration of a monthly $10,000 amount for the 26 days in March
10  following the petition dates), and will each be paid the sum of $10,000 for the month of
11  April 2009.
12      2.    The Insiders will each be paid at the rate of $80 per hour for the months of
13  May 2009 and June 2009; provided, however, that the maximum amount paid to each
14  Insider shall not exceed $10,000 per month.
15      3.    The aggregate amount payable to all Insiders for the period from the petition
16  dates through June 30, 2009 pursuant to this Order shall not exceed $110,000.
17      4.    The Insiders will keep time records for May 2009 and June 2009 consistent
18  with the time records kept by "professional persons," which time records will be provided
19  on a monthly basis to each of the secured creditors, the Official Committee of Unsecured
20  Creditors (the "Committee"), and the Office of the United States Trustee (the "U.S.
21  Trustee"). The Insiders shall provide such time records within seven (7) calendar days
22  after the end of each month (i.e., by June 7, 2009 for the month of May 2009, and by July
23  7, 2009 for the month of June 2009).
24      5.    Any secured creditor, the Committee or the U.S. Trustee may object to any
25  portion of the amounts paid or to be paid to the Insiders for the months of May 2009 and
26  June 2009 based upon their review of the time records provided by the Insiders. Any
27  such objection shall be filed with the Court and served on the Debtors' counsel, the
28  Committee's counsel, and the U.S. Trustee within seven (7) days after receipt of the time

296985.1    3    ORDER ON INSIDER COMPENSATION
CASE NO. 09-bk-11873-RK

EXHIBIT 1 PAGE 10

records for a given month, and may be set for hearing before the Court on an expedited basis, including an expedited briefing schedule, subject to the Court's calendar. Any compensation which is disallowed by the Court following a hearing on any such objection shall be repaid by the Insiders to the extent such compensation was previously paid to the Insiders (and any such amounts repaid by the Insiders shall be considered cash collateral to the extent the repaid compensation was paid using cash collateral).

6. The Insiders shall not be paid after June 30, 2009, absent further order of the Court.

7. The Debtors are authorized to use cash collateral to pay the aforementioned compensation to the Insiders as provided herein in accordance with the Stipulation Regarding Debtors' Emergency Motions for Orders Authorizing Use of Cash Collateral Through June 30, 2009.

###

DATED: JUN 2 2009

THE HONORABLE ROBERT N. KWAN,
United States Bankruptcy Judge

| In re: BETHANY HOLDINGS AUSTIN APARTMENTS | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-11873-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document described **STIPULATION FOR CONTINUED PAYMENT OF INSIDER COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 5, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **August 5, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SERVED VIA U.S. MAIL**

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 5, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Robert Kwan, Ctrm. 5D
United States Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 5, 2009 | Cristina A. Guido | |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                        **F 9013-3.1**

| In re: BETHANY HOLDINGS AUSTIN APARTMENTS | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-11873-RK |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELEECTRONIC FILING ("NEF")

Drew A Callahan    dcallahan@piteduncan.com, kduke@piteduncan.com
Dan E Chambers    dchambers@jmbm.com
Eric A Cook    ecook@ebglaw.com
Christina M Craige    ccraige@sidley.com
Tammy C Drescher    tdrescher@sellmanhoff.com
Michael J Hauser    michael.hauser@usdoj.gov
William H. Kiekhofer    wkiekhofer@mcguirewoods.com
Robert S Marticello    Rmarticello@wgllp.com
Hutchison B Meltzer    hmeltzer@wgllp.com
Jeremy E Rosenthal    jrosenthal@sidley.com
Todd D Ross    toross@wcsr.com
Evan D Smiley    esmiley@wgllp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Andrea M Valdez    avaldez@fulbright.com

## II. SERVED VIA U.S. MAIL

Michael Hauser
United States Trustee
411 W. 4th Street, Suite 9041
Santa Ana, CA 92701

Bethany Holdings Austin Apartments, LLC
1920 Main Street, Suite 770
Irvine, CA 92614

William J. Kiekhofer, Esq.
McGuireWoods, LLP
1800 Century Park East
8th Floor
Los Angeles, CA 90067

Nicholas P. Crowell, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

William Greendyke, Esq.
Fulbright & Jaworski, LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2750

Robert E. Darby, Esq.
Fulbright & Jaworski, LLP
555 S. Flower, 41st Floor
Los Angeles, CA 90071

Joel G. Samuels, Esq.
Sidley & Austin, LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1

| In re: BETHANY HOLDINGS AUSTIN APARTMENTS | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-11873-RK |

Robert P. Mosier
MOSIER & COMPANY
3151 Airway, Suite A-1
Costa Mesa, CA 92626

Robert Warren
Industrial Property Services
27042 Town Centre Drive
Foothill Ranch, CA 92610

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    **F 9013-3.1**