**WEILAND, GOLDEN,**
**SMILEY, WANG EKVALL & STROK, LLP**
Evan D. Smiley, State Bar No. 161812
esmiley@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
Robert S. Marticello, State Bar No. 244256
rmarticello@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:    (714) 966-1000
Facsimile:    (714) 966-1002

Attorneys for Debtors and Debtors-in-Possession,
Bethany Holdings Austin Apartments, LLC, *et al.*

FILED & ENTERED

AUG 06 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a Delaware limited liability company,<br><br>　　　　Debtor and<br>　　　　Debtor-in-Possession.<br><br>___ Affects BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a Delaware limited liability company ONLY<br><br>___ Affects BETHANY AUSTIN MEZZANINE APARTMENTS, LLC, a Delaware limited liability company ONLY<br><br>___ Affects BETHANY LONESTAR APARTMENTS, LLC, a Delaware limited liability company ONLY<br><br>___ Affects KT TERRAZA-TX1, LLC, a Delaware limited liability company ONLY<br><br>___ Affects KT TERRAZA-TX2, LLC, a Delaware limited liability company ONLY<br><br>___ Affects FJLC-TX1, LLC, a Delaware limited liability company ONLY<br><br>___ Affects FJLC-TX2, LLC, a Delaware limited liability company ONLY | Case No. 8:09-bk-11873-RK<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:09-bk-11874-RK; 8:09-bk-11875-RK; 8:09-bk-11876-RK; 8:09-bk-11877-RK; 8:09-bk-11878-RK; 8:09-bk-11879-RK; 8:09-bk-11880-RK; 8:09-bk-11881-RK; 8:09-bk-11882-RK; 8:09-bk-11883-RK; 8:09-bk-11884-RK; 8:09-bk-11885-RK; 8:09-bk-11886-RK; 8:09-bk-11887-RK; 8:09-bk-11888-RK; 8:09-bk-11889-RK; and 8:09-bk-11890-RK)<br><br>**ORDER APPROVING STIPULATION FOR CONTINUED PAYMENT OF INSIDER COMPENSATION**<br><br>**[No Hearing Required]** |

**Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714 -966 -1000  Fax 714 -966 -1002

___ Affects BETHANY LONESTAR MEZZANINE APARTMENTS, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY QUAIL HOLLOW APARTMENTS, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY QUAIL HOLLOW, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY SENECA BAY APARTMENTS, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY SENECA BAY, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY WOODHILL APARTMENTS, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY WOODHILL, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY WILLOW LAKE APARTMENTS, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY WILLOW LAKE, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY GP ACQUISITION, LLC, a Delaware limited liability company ONLY

___ Affects BETHANY LP ACQUISITION, LLC, a Delaware limited liability company ONLY

_X_ Affects All Debtors.

The Court having duly considered the Stipulation for Continued Payment of Insider Compensation [Docket No. 270 ] (the "Stipulation") entered into by the debtors and debtors-in-possession in the above-captioned cases, LaSalle Bank National Association, as Trustee for the Registered Holders of LB-UBS Commercial Mortgage Trust 2007-C1, Commercial Mortgage Pass-Through Certificates, Series 2007-C1, acting by and through

1 | Midland Loan Services, Inc., a Delaware corporation, as special servicer pursuant to that
2 | certain Pooling and Servicing Agreement dated February 12, 2007, Anthracite Funding,
3 | LLC, and the Official Committee of Unsecured Creditors, and for good cause shown,
4 | **IT IS ORDERED** that the Stipulation, the terms of which are incorporated herein by
5 | this reference, is approved.

###

25 | DATED: August 6, 2009

_____
United States Bankruptcy Judge

**Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714 -966 -1000  Fax 714 -966 -1002

3

| In re:<br>BETHANY HOLDINGS AUSTIN APARTMENTS, LLC | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 8:09-bk-11873-RK |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION FOR CONTINUED PAYMENT OF INSIDER COMPENSATION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **August 6, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Drew A Callahan    dcallahan@piteduncan.com, kduke@piteduncan.com
Dan E Chambers    dchambers@jmbm.com
Eric A Cook    ecook@ebglaw.com
Christina M Craige    ccraige@sidley.com
Tammy C Drescher    tdrescher@sellmanhoff.com
Michael J Hauser    michael.hauser@usdoj.gov
William H. Kiekhofer    wkiekhofer@mcguirewoods.com
Robert S Marticello    Rmarticello@wgllp.com
Hutchison B Meltzer    hmeltzer@wgllp.com
Jeremy E Rosenthal    jrosenthal@sidley.com
Todd D Ross    tdross@wcsr.com
Evan D Smiley    esmiley@wgllp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Andrea M Valdez    avaldez@fulbright.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Bethany Holdings Austin Apartments, LLC
1920 Main Street, Suite 770
Irvine, CA 92614
(Debtor)

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Nicholas P. Crowell, Esq.
Sidley Austin, LLP
787 Seventh Avenue
New York, NY 10019
Counsel for Black Rock, Inc.

William Greendyke, Esq.
Fulbright & Jaworski, LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2750
Counsel for Midland Loan Services, Inc.

Joel G. Samuels, Esq.
Sidley & Austin, LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Attorneys for Blackrock / Anthrocite

Robert Warren
Industrial Property Services
27042 Towne Centre Drive
Foothill Ranch, CA 92610

Robert E. Darby, Esq.
Fulbright & Jaworski, LLP
555 S. Flower, 41st Floor
Los Angeles, CA 90071

Robert P. Mosier
MOSIER & COMPANY
3151 Airway, Suite A-1
Costa Mesa, CA 92626

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                              **F 9021-1.1**