JEFFER, MANGELS, BUTLER & MARMARO LLP
DAN E. CHAMBERS (Bar No. 156853)
695 Town Center Drive, Suite 230
Costa Mesa, California 92626-1979
Telephone:    (714) 429-8200
Facsimile:    (714) 429-8202
Email:    DChambers@jmbm.com

Attorneys for Interest Holder CHARLES FIELDING SHERMAN, JR.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a Delaware limited liability company,<br><br>    Debtor and<br>    Debtor-in-Possession. | Case No. 8:09-bk-11873-RK<br><br>Chapter 11<br><br>[Jointly Administered Case Nos. 8:09-bk-11874-RK; 8:09-bk-11875-RK; 8:09-bk-11876-RK; 8:09-bk-11877-RK; 8:09-bk-11878-RK; 8:09-bk-11879-RK; 8:09-bk-11880-RK; 8:09-bk-11881-RK; 8:09-bk-11882-RK; 8:09-bk-11883-RK; 8:09-bk-11884-RK; 8:09-bk-11885-RK; 8:09-bk-11886-RK; 8:09-bk-11887-RK; 8:09-bk-11888-RK; 8:09-bk-11889-RK; and 8:09-bk-11890-RK) |
| ☐ Affects BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, a Delaware limited liability company ONLY<br><br>☐ Affects BETHANY AUSTIN MEZZANIE APARTMENTS, LLC, a Delaware limited liability company ONLY<br><br>☐ Affects BETHANY LONESTAR APARTMENTS, LLC, a Delaware limited liability company ONLY<br><br>☐ Affects KT TERRAZA-TX1, LLC, a Delaware limited liability company ONLY<br><br>☐ Affects KT TERRAZA-TX2, LLC, a Delaware limited liability company ONLY | **PROOF OF INTEREST IN DEBTORS FILED BY CHARLES FIELDING SHERMAN, JR.** |

| | |
|---|---|
| 1 | ☐  Affects FJLC-TX1, LLC, a Delaware limited liability company ONLY |
| 2 | |
| 3 | ☐  Affects FJLC-TX2, LLC, a Delaware limited liability company ONLY |
| 4 | |
| 5 | ☐  Affects BETHANY LONESTAR MEZZANINE APARTMENTS, LLC, a Delaware limited liability company ONLY |
| 6 | |
| 7 | ☐  Affects BETHANY QUAIL HOLLOW APARTMENTS, LLC, a Delaware limited liability company ONLY |
| 8 | |
| 9 | ☐  Affects BETHANY SENECA BAY APARTMENTS, LLC, a Delaware limited liability company ONLY |
| 10 | |
| 11 | ☐  Affects BETHANY SENECA BAY, LLC, a Delaware limited liability company ONLY |
| 12 | ☐  Affects BETHANY WOODHILL APARTMENTS, LLC, a Delaware limited liability company ONLY |
| 13 | |
| 14 | ☐  Affects BETHANY WOODHILL, LLC, a Delaware limited liability company ONLY |
| 15 | |
| 16 | ☐  Affects BETHANY WILLOW LAKE APARTMENTS, LLC, a Delaware limited liability company ONLY |
| 17 | |
| 18 | ☐  Affects BETHANY WILLOW LAKE, LLC, a Delaware limited liability company ONLY |
| 19 | |
| 20 | ☐  Affects BETHANY GP ACQUISITION, LLC, a Delaware limited liability company ONLY |
| 21 | |
| 22 | ☐  Affects BETHANY LP ACQUISITION, LLC, a Delaware limited liability company ONLY |
| 23 | |
| 24 | ■  Affects All Debtors. |

## PROOF OF INTEREST

Interest Holder, Charles Fielding Sherman, Jr., an individual, owns 33.33% of Bethany Holdings Group, LLC, a Nevada limited liability company ("BHG"). BHG owns various percentages of the Debtors in the above-entitled bankruptcy case.

DATED: November 9, 2009

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _____Dan E. Chambers_____
DAN E. CHAMBERS
Attorneys for Interest Holder CHARLES FIELDING SHERMAN, JR.

| In re: | | CHAPTER 11 |
|---|---|---|
| Bethany Holdings Austin Apartments, LLC | Debtor(s). | CASE NUMBER: 8:09-bk-11873-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

JEFFER, MANGELS, BUTLER & MARMARO LLP
695 Town Center Drive, Suite 230
Costa Mesa, CA 92626

The foregoing document described **PROOF OF INTEREST IN DEBTORS FILED BY CHARLES FIELDING SHERMAN, JR.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 9, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Drew A Callahan    dcallahan@piteduncan.com, kduke@piteduncan.com
- Eric A Cook    ecook@ebglaw.com
- Christina M Craige    ccraige@sidley.com
- Tammy C Drescher    tdrescher@sellmanhoff.com
- Michael I. Gottfried    mgottfried@lblawllp.com, aerskine@lblawllp.com
- Jodie M Grotins    jgrotins@mcguirewoods.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark D Houle    mark.houle@pillsburylaw.com
- Randolph C Houts    rhouts@gmail.com
- William H. Kiekhofer    wkiekhofer@mcguirewoods.com
- Robert S Marticello    Rmarticello@wgllp.com
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Todd D Ross    toross@wcsr.com
- Evan D Smiley    esmiley@wgllp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Andrea M Valdez    avaldez@fulbright.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On November 9, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| W Keith Fendrick<br>Holland & Knight LLP<br>100 N Tampa St Ste 4100<br>Tampa, FL 33602 | Steven E Fox<br>Epstein Becker & Green<br>250 Park Ave<br>New York, NY 10177 | Robert E Darby<br>Fulbright & Jaworski LLP<br>555 S Flower St 41st Fl<br>Los Angeles, CA 90071 |
| Jonathan Howell<br>Munsch Hardt Kopf & Marr PC<br>3800 Lincoln Plaza<br>500 N Akard St<br>Dallas, TX 75201 | Mosier & Company, Inc.<br>3151 Airway Ste A-1<br>Costa Mesa, CA 92626 | Magnus R Rayos<br>Hoover Slovacek LLP<br>5847 San Felipe Ste 2200<br>Houston, TX 77057 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br>McBride's RV Storage, LLC | Debtor(s). | CHAPTER 11<br><br>CASE NUMBER RS 09-11279-BB<br>ADV. NO. 09-01208 BB |
|---|---|---|

Leo Spooner
King & Spalding LLP
Four Embarcadero Ctr Ste 3500
San Francisco, CA 94111

Weiland Golden Smiley Wang Ekvall Strok
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

VIA OVERNIGHT
Robert Kwan
U.S. Bankruptcy Court
411 W. Fourth Street
Santa Ana, CA 92701

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

November 9, 2009          Cindy A. Mulder          [signature]
Date                            Type Name                   Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                    **F 9013-3.1**