1  ROBERT E. DARBY (CA Bar No. 70576)
   ANDREA M. VALDEZ (CA Bar No. 239082)
2  **FULBRIGHT & JAWORSKI L.L.P.**
   555 South Flower Street, Suite 4100
3  Los Angeles, California 90071
   Telephone: (213) 892-9200
4  Facsimile: (213) 892-9494
   **EMAIL:        rdarby@fulbright.com**
5
   WILLIAM R. GREENDYKE (TX Bar No. 08390450)
6  MARK A. PLATT (TX Bar No. 00791453)
   TRAVIS TORRENCE (TX Bar No. 24051436)
7  **FULBRIGHT & JAWORSKI L.L.P.**
   2200 Ross Avenue, Suite 2800
8  Dallas, Texas 75201-2784
   **TELEPHONE: (214) 855-8000**
9  **FACSIMILE: (214) 855- 8200**
   **EMAIL:        wgreendyke@fulbright.com**
10
   Attorneys for LaSalle Bank National Association
11 as Trustee for the Registered Holders of LB-UBS
   Commercial Mortgage Trust 2007-C1, Commercial
12 Mortgage Pass-Through Certificates, Series 2007-C1,
   acting by and through Midland Loan Services, Inc.
13
14        **IN THE UNITED STATES BANKRUPTCY COURT**
          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
15                     **SANTA ANA DIVISION**
16
   IN RE:                                    )   **Case No. 8:09-bk-11873-RK**
17                                           )
   **BETHANY HOLDINGS AUSTIN**              )   **Chapter 11 Case**
18 **APARTMENTS, LLC, A DELAWARE**          )
   **LIMITED LIABILITY COMPANY,**           )   **(Jointly Administered with Case Nos.**
19                                           )   **8:09-bk-11874-RK; 8:09-bk-11875-**
          Debtor and Debtor-                 )   **RK; 8:09-bk-11876-RK; 8:09-bk-**
20        In Possession.                     )   **11877-RK; 8:09-bk-11878-RK; 8:09-**
                                             )   **bk-11879-RK; 8:09-bk-11880-RK;**
21 ___ Affects BETHANY HOLDINGS AUSTIN      )   **8:09-bk-11881-RK; 8:09-bk-11882-**
   APARTMENTS, LLC, a Delaware limited       )   **RK; 8:09-bk-11883-RK; 8:09-bk-**
22 liability company ONLY                    )   **11884-RK; 8:09-bk-11885-RK; 8:09-**
                                             )   **bk-11886-RK; 8:09-bk-11887-RK;**
23 ___ Affects BETHANY AUSTIN               )   **8:09-bk-11888-RK; 8:09-bk-11889-**
   MEZZANINE APARTMENTS, LLC, a              )   **RK; 8:09-bk-11890-RK)**
24 Delaware limited liability company ONLY   )
                                             )   **C1 TRUST'S UNOPPOSED MOTION**
25 XXAffects BETHANY LONESTAR               )   **FOR LEAVE TO FILE LATE**
   APARTMENTS, LLC, a Delaware limited       )   **PROOFS OF CLAIM PURSUANT**
26 liability company ONLY                    )   **TO RULE 9006(b) OF THE**
                                             )   **FEDERAL RULES OF**
27 XXAffects KT TERRAZA-TX1, LLC, a         )   **BANKRUPTCY PROCEDURE;**
   Delaware limited liability company ONLY   )   **MEMORANDUM OF POINTS AND**
28 _____       )   **AUTHORITIES IN SUPPORT**

1     ___Affects KT TERRAZA-TX2, LLC, a
Delaware limited liability company ONLY

2

    ___Affects FJLC-TX1, LLC, A DELAWARE

3     LIMITED LIABILITY COMPANY ONLY

4     ___ Affects FJLC-TX2, LLC, a Delaware limited
liability company ONLY

5

    ___Affects BETHANY LONESTAR

6     MEZZANINE APARTMENTS, LLC, a
Delaware limited liability company ONLY

7

    ___Affects BETHANY QUAIL HOLLOW

8     APARTMENTS, LLC, a Delaware limited
liability company ONLY

9

    ___Affects BETHANY QUAIL HOLLOW,

10     LLC, a Delaware limited liability company
ONLY

11

    ___Affects BETHANY SENECA BAY

12     APARTMENTS, LLC, a Delaware limited
liability company ONLY

13

    ___Affects BETHANY SENECA BAY, LLC, a

14     Delaware limited liability company ONLY

15     ___Affects BETHANY WOODHILL

16     APARTMENTS, LLC, a Delaware limited
liability company ONLY

17     ___Affects BETHANY WOODHILL, LLC, a
Delaware limited liability company ONLY

18

    ___Affects BETHANY WILLOW LAKE

19     APARTMENTS, LLC, a Delaware limited
liability company ONLY

20

    ___Affects BETHANY WILLOW LAKE, LLC,

21     a Delaware limited liability company ONLY

22     ___ Affects BETHANY GP ACQUISITION,
LLC, a Delaware limited liability company

23     ONLY

24     __ Affects BETHANY LP ACQUISITION, LLC,
a Delaware limited liability company ONLY

25

    ___ Affects All Debtors.

26

27

28

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**THEREOF**

**Hearing:**
Date:   December 8, 2009
Time:   2:30 P.M.
Place:  Courtroom 5D
        411 West Fourth Street
        Santa Ana, CA 92701

1    TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE:

2       LaSalle Bank National Association, as Trustee for the Registered Holders of LB-UBS

3 Commercial Mortgage Trust 2007-C1, Commercial Mortgage Pass-Through Certificates, Series

4 2007-C1 ("**C1 Trust**"), acting by and through Midland Loan Services, Inc., a Delaware

5 corporation, as special servicer pursuant to that certain Pooling and Servicing Agreement dated

6 February 12, 2007, a secured creditor and party-in-interest herein, hereby files this Motion For

7 Leave To File Late Proofs of Claim Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy

8 Procedure (the "**Motion**"), and shows the Court as follows:

9

10 <p style="text-align:center;">**I.    JURISDICTION AND VENUE**</p>

11       This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This

12 matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper under

13 28 U.S.C. §§ 1408 and 1409.

14

15 <p style="text-align:center;">**II.    FACTUAL BACKGROUND**</p>

16       Beginning on March 4, 2009, the above-captioned Debtors filed for bankruptcy relief

17 under chapter 11 of title 11 of the United States Code.[1] Collectively, the Debtors own, directly or

18 indirectly, sixteen (16) apartment complexes in Texas and Maryland (the "**Properties**")

19 consolidated into three separate portfolios. The Debtors generate their revenue solely through

20 renting and/or leasing the Properties. The Debtors presently operate their businesses and manage

21 their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy

22 Code. On March 6, 2009, an order was entered directing procedural consolidation and joint

23 administration of the Debtors' chapter 11 cases. *See* Dkt. No. 6.

24       On July 27, 2009, Debtors filed their Motion For Order (1) Fixing Last Date For Filing

25 Proofs Of Claim Or Interest And Certain Administrative Claims And (2) Approving Form Of

26 Notice Of Bar Date (the "**Bar Date Motion**"). *See* Dkt. No. 260. On or about September 30,

27

28 ---

[1] The petition date for the Austin Debtor's case is March 4, 2009, and the petition date for the remaining Debtors' cases is March 5, 2009 (collectively, the "**Petition Dates**").

2009, the Court granted the Bar Date Motion, and set November 10, 2009, as the deadline by which certain proofs of claims were to be filed (the **"Bar Date"**).  On September 11, 2009, Debtors filed their Notice of Last Date To File Proofs Of Claim Or Interest And Last Date to File 11 U.S.C. §503(b)(9) Claims In the Cases of Bethany Lonestar Apartments, LLC, KT TERRAZA-TX1, LLC, And FJLC-TX1, LLC (the **"Bar Date Notice"**). *See* Dkt. No. 310.

On November 10, 2009, undersigned counsel engaged First Legal Support Services ("First Legal") to deliver and file C1 Trust's eighteen (18) proofs of claim against the above-captioned Debtors.  However, as further explained below and in the Declaration of Andrea M. Valdez, which is attached hereto as **Exhibit 1**, due to inadvertence and mistake on the part of First Legal, C1 Trust's claims against Bethany Lonestar Apartments, LLC and KT TERRAZA-TX1, LLC were not filed on November 10, 2009.

### III.    RELIEF REQUESTED

C1 Trust respectfully requests that the Court grant it leave to file late proofs of claim against Bethany Lonestar Apartments, LLC and KT TERRAZA-TX1, LLC in the forms attached hereto as **Exhibit 2** (for the Bethany Lonestar Apartments, LLC proof of claim) and **Exhibit 3** (for the KT TERRAZA-TX1, LLC proof of claim).

### IV.    ARGUMENT AND AUTHORITIES

Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure provides that a creditor may file a late proof of claim if the failure to file a timely claim is due to "excusable neglect." *See* FED. R. BANKR. P. 9006(b)(1).[2]  In *Pioneer Investment Services Co. v. Brunswick Associates*

---

[2] Specifically, Rule 9006(b) of the Federal Rules of Bankruptcy Procedure provides as follows:
(b) Enlargement.
(1) In general.
Except as provided in paragraphs (2) and (3) of this subdivision, when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order or (2) on motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect.

1    *Ltd. Partnership*, 507 U.S. 380 (1993), the Supreme Court of the United States announced a

2    broad conception of the "excusable neglect" standard of Rule 9006(b)(1).  In *Pioneer*, the Court

3    held that the late filing of a claim would be permitted if it was caused by "inadvertence, mistake,

4    or carelessness, as well as by intervening circumstances beyond the party's control."  *Id.* at 388-

5    89.  Moreover, courts within the Ninth Circuit have recognized that "[t]he rule in this circuit is

6    that **if the record in the bankruptcy proceedings reflects anything to show the existence,**

7    **nature and amount of the claim, leave should be granted to file a tardy proof of claim.**"  *In*

8    *re Pizza of Hawaii, Inc.*, 40 B.R. 1014, 1016 (D. Haw. 1984) (emphasis added) (citing *Sun Basin*

9    *Lumber Co. v. United States*, 432 F.2d 48, 49 (9th Cir. 1970)).

10    Accordingly, courts use a four-prong test to analyze the circumstances surrounding a late

11    filing.  Among the circumstances to be considered are: (i) the danger of prejudice to the debtor;

12    (ii) the length of the delay and its potential impact on judicial proceedings; (iii) whether the

13    movant acted in good faith; and (iv) the reason for the delay, including whether it was within the

14    reasonable control of the movant.  *See Pioneer Inv. Servs. Co.*, 507 U.S. at 395.

15
16    **A.    There Is No Danger Of Prejudice To Debtors.**

17    Debtors will not suffer any prejudice if the Court grants the Motion.  Throughout the

18    duration of these cases, C1 Trust has asserted that it holds a secured claim against Debtors and

19    that Bethany Lonestar Apartments, LLC and KT Terraza-TX1, LLC, among others, are indebted

20    to C1 Trust pursuant to that certain Promissory Note A (the "**Lonestar A Note**"), dated

21    December 7, 2006, executed by the Lonestar Debtors, as makers, payable to the order of Lehman

22    Brothers Bank, FSB, as original payee, in the original principal amount of $102,280,000.00.  *See,*

23    *e.g.*, C1 Trust's Objection To Debtors' Disclosure Statement Describing Joint Chapter 11 Plan

24    [Dkt. No. 329 p. 4].  Moreover, both Bethany Lonestar Apartments, LLC and KT Terraza-TX1,

25    LLC scheduled C1 Trust's claim in the amount of $102,280,000.00, and did not indicate that the

26    claims were unliquidated, contingent or disputed.  *See* Schedule D, Dkt. Nos. 17 (Case No. 09-

27    11875) and 16 (Case No. 09-11876), respectively.  Furthermore, Debtors' Joint Chapter 11 Plan

28

FED. R. BANKR. P. 9006(b)(1).

DOCUMENT PREPARED
ON RECYCLED PAPER

and Debtors' Disclosure Statement Describing Joint Chapter 11 Plan both admit that Bethany Lonestar Apartments, LLC and KT Terraza-TX1, LLC are indebted to C1 Trust pursuant to the Lonestar A Note in the original principal amount of $102,280,000.00.  *See* Dkt. Nos. 280 and 281, respectively.  Therefore, because Debtors and C1 Trust have repeatedly acknowledged, on the record, the existence, nature and approximate amount of C1 Trust's claim, Debtors will not be prejudiced if the Court grants the Motion.  Accordingly, the Court should grant C1 Trust leave to file a tardy proof of claim. *See In re Pizza of Hawaii, Inc.*, 40 B.R. at 1016.

**B.      The Length Of The Delay Will Not Impact Judicial Proceedings.**

The one court day delay in filing C1 Trust's claims against Bethany Lonestar Apartments, LLC and KT Terraza-TX1, LLC  will not have an impact on the Court's proceedings.  Counsel for C1 Trust discovered the error committed by its legal support service on the morning after the Bar Date.  Because the Office of the Clerk of the Bankruptcy Court (the **"Clerk's Office"**) was closed on November 11, 2009, due to Veteran's Day, C1 Trust delivered its original proofs of claim against Bethany Lonestar Apartments, LLC and KT Terraza-TX1, LLC on November 12, 2009 for filing.  In light of the speed at which undersigned counsel discovered the filing error, and the speed at which this Motion was filed and a proof of claim was filed on the electronic Claims Register, the tardy filing will not impact the Court's proceedings.

**C.      C1 Trust Has Acted In Good Faith.**

C1 Trust, through its legal support service, timely filed sixteen (16) proofs of claim against the above-captioned Debtors, some of which are liable to C1 Trust based on the Lonestar A Note.  Thus, C1 Trust did not purposefully ignore the Bar Date, nor did it intend to cause confusion in Debtors' claims allowance process.  The mistake committed by C1 Trust's legal support service, as further described below, was a purely inadvertent error.   Moreover, the fact that Debtors and C1 Trust have always acknowledged, on the record, the existence, nature and approximate amount of C1 Trust's claim, and the speed at which C1 Trust filed its late claim, both demonstrate C1 Trust's good faith.

**D.    The Delay Was Caused By C1 Trust's Legal Support Service.**

As further described in the Declaration of Andrea M. Valdez, which is attached hereto as Exhibit 1, on the Bar Date, at approximately 1:45 p.m., an employee of undersigned counsel's law firm telephoned First Legal Support Services (**"First Legal"**)—which undersigned counsel typically engages to file court documents in this and other courts around the nation—and requested that First Legal pick up C1 Trust's eighteen (18) original proofs of claim against Debtors (with one copy of each of the proofs of claim as required by the Bar Date Notice) from counsel's Los Angeles offices and deliver such claims to the Clerk's Office. While the First Legal representative oversaw the filing of sixteen (16) of C1 Trust's claims against Debtors, because of the sheer number of claims and the volume of pages delivered to the Clerk's Office, on information and belief the First Legal representative did not realize that the Clerk failed to take delivery of C1 Trust's claims against Bethany Lonestar Apartments, LLC and KT Terraza-TX1, LLC. Specifically, and based completely upon representations by First Legal to counsel for C1 Trust, the Clerk's Office normally only accepts and retains the original claims and normally returns to First Legal filed-marked copies of the claims. In this case, the First Legal representative did not realize that two original claims were still among the copies, and therefore, remained unfiled. In light of the accidental nature of this error, and in the interests of justice, the Court should grant the Motion.

<center>

**V.    PRAYER**

</center>

WHEREFORE, C1 Trust moves this Court for an order granting it leave to file late proofs of claim against Bethany Lonestar Apartments, LLC and KT Terraza-TX1, LLC, that such claims filed by C1 Trust on November 12, 2009 be deemed timely filed, and granting such other and further relief as the Court may find just and warranted.

1    Dated: November 12, 2009

2    ROBERT E. DARBY
     WILLIAM R. GREENDYKE
     MARK A. PLATT
3    ANDREA M. VALDEZ
     **FULBRIGHT & JAWORSKI L.L.P.**

4

5

6    By:  _/s/Andrea M. Valdez_
     ANDREA M. VALDEZ
     CA Bar No. 239082
7    FULBRIGHT & JAWORSKI L.L.P.
     555 South Flower Street, Suite 4100
8    Los Angeles, California  90071
     Telephone:  (213) 892-9200
9    Facsimile:  (213) 892-9494
     Email:       avaldez@fulbright.com

10

11   **ATTORNEYS FOR LASALLE BANK
     NATIONAL ASSOCIATION  AS TRUSTEE
     FOR THE REGISTERED HOLDERS OF LB-
12   UBS COMMERCIAL MORTGAGE TRUST
     2007-C1, COMMERCIAL MORTGAGE
13   PASS-THROUGH CERTIFICATES, SERIES
     2007-C1, ACTING BY AND THROUGH
14   MIDLAND LOAN SERVICES, INC.**

15                    **CERTIFICATE OF CONFERENCE**

16

17        On November 11, 2009, undersigned counsel conferred with Debtors' counsel to

     determine whether Debtors would agree to the relief sought in the foregoing Motion.  Debtors'
18
     counsel indicated that Debtors do not oppose the relief sought in the foregoing Motion, which
19
     seeks to deem C1 Trust's claims against Bethany Lonestar Apartments, LLC and KT Terraza-
20
     TX1, LLC timely filed.
21

22            _/s/ William Greendyke_
              William Greendyke
23
              Counsel for LaSalle Bank National Association, as
24            Trustee for the Registered Holders of LB-UBS
              Commercial Mortgage Trust 2007-C1, Commercial
25            Mortgage Pass-Through Certificates, Series 2007-
              C1, acting by and through Midland Loan Services,
26            Inc., a Delaware corporation, as special servicer
              pursuant to that certain Pooling and Servicing
27            Agreement dated February 12, 2007

28

**EXHIBIT 1**

1  ROBERT E. DARBY (CA Bar No. 70576)
   ANDREA M. VALDEZ (CA Bar No. 239082)
2  **FULBRIGHT & JAWORSKI L.L.P.**
   555 South Flower Street, Suite 4100
3  Los Angeles, California  90071
   Telephone:  (213) 892-9200
4  Facsimile:  (213) 892-9494
   **EMAIL:         rdarby@fulbright.com**
5
   WILLIAM R. GREENDYKE  (TX Bar No. 08390450)
6  MARK A. PLATT (TX Bar No. 00791453)
   TRAVIS TORRENCE (TX Bar No. 24051436)
7  **FULBRIGHT & JAWORSKI L.L.P.**
   2200 Ross Avenue, Suite 2800
8  Dallas, Texas 75201-2784
   **TELEPHONE:  (214) 855-8000**
9  **FACSIMILE:  (214) 855- 8200**
   **EMAIL:         wgreendyke@fulbright.com**
10
11 Attorneys for LaSalle Bank National Association
   as Trustee for the Registered Holders of LB-UBS
   Commercial Mortgage Trust 2007-C1, Commercial
12 Mortgage Pass-Through Certificates, Series 2007-C1,
   acting by and through Midland Loan Services, Inc.
13
                **IN THE UNITED STATES BANKRUPTCY COURT**
14              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
                         **SANTA ANA DIVISION**
15

16 IN RE:                                  )   **Case No. 8:09-bk-11873-RK**
                                           )
17                                         )   **Chapter 11 Case**
   **BETHANY HOLDINGS AUSTIN**             )
18 **APARTMENTS, LLC, A DELAWARE**         )   **(Jointly Administered with Case Nos.**
   **LIMITED LIABILITY COMPANY,**          )   **8:09-bk-11874-RK; 8:09-bk-11875-**
19                                         )   **RK; 8:09-bk-11876-RK; 8:09-bk-**
        Debtor and Debtor-                 )   **11877-RK; 8:09-bk-11878-RK; 8:09-**
20      In Possession.                     )   **bk-11879-RK; 8:09-bk-11880-RK;**
                                           )   **8:09-bk-11881-RK; 8:09-bk-11882-**
21 __ Affects BETHANY HOLDINGS AUSTIN      )   **RK; 8:09-bk-11883-RK; 8:09-bk-**
   APARTMENTS, LLC, a Delaware limited     )   **11884-RK; 8:09-bk-11885-RK; 8:09-**
22 liability company ONLY                  )   **bk-11886-RK; 8:09-bk-11887-RK;**
                                           )   **8:09-bk-11888-RK; 8:09-bk-11889-**
23 ____ Affects BETHANY AUSTIN             )   **RK; 8:09-bk-11890-RK)**
   MEZZANINE APARTMENTS, LLC, a            )
24 Delaware limited liability company ONLY )
                                           )   **DECLARATION OF ANDREA M.**
25 XXAffects BETHANY LONESTAR              )   **VALDEZ IN SUPPORT OF C1**
   APARTMENTS, LLC, a Delaware limited     )   **TRUST'S MOTION FOR LEAVE TO**
26 liability company ONLY                  )   **FILE LATE PROOFS OF CLAIM**
                                           )   **PURSUANT TO RULE 9006(b) OF**
27 XXAffects KT TERRAZA-TX1, LLC,  a       )   **THE FEDERAL RULES OF**
   Delaware limited liability company ONLY )   **BANKRUPTCY PROCEDURE;**
28 _____ )   **MEMORANDUM OF POINTS AND**

| | |
|---|---|
| 1 | ___Affects KT TERRAZA-TX2, LLC, a Delaware limited liability company ONLY |
| 2 | |
| 3 | ___Affects FJLC-TX1, LLC, A DELAWARE LIMITED LIABILITY COMPANY ONLY |
| 4 | ___ Affects FJLC-TX2, LLC, a Delaware limited liability company ONLY |
| 5 | |
| 6 | ___Affects BETHANY LONESTAR MEZZANINE APARTMENTS, LLC, a Delaware limited liability company ONLY |
| 7 | |
| 8 | ___Affects BETHANY QUAIL HOLLOW APARTMENTS, LLC, a Delaware limited liability company ONLY |
| 9 | |
| 10 | ___Affects BETHANY QUAIL HOLLOW, LLC, a Delaware limited liability company ONLY |
| 11 | |
| 12 | ___Affects BETHANY SENECA BAY APARTMENTS, LLC, a Delaware limited liability company ONLY |
| 13 | |
| 14 | ___Affects BETHANY SENECA BAY, LLC, a Delaware limited liability company ONLY |
| 15 | |
| 16 | ___Affects BETHANY WOODHILL APARTMENTS, LLC, a Delaware limited liability company ONLY |
| 17 | ___Affects BETHANY WOODHILL, LLC, a Delaware limited liability company ONLY |
| 18 | |
| 19 | ___Affects BETHANY WILLOW LAKE APARTMENTS, LLC, a Delaware limited liability company ONLY |
| 20 | |
| 21 | ___Affects BETHANY WILLOW LAKE, LLC, a Delaware limited liability company ONLY |
| 22 | ___ Affects BETHANY GP ACQUISITION, LLC, a Delaware limited liability company ONLY |
| 23 | |
| 24 | ___ Affects BETHANY LP ACQUISITION, LLC, a Delaware limited liability company ONLY |
| 25 | |
| 26 | ___ Affects All Debtors. |
| 27 | |
| 28 | |

**AUTHORITIES IN SUPPORT THEREOF**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

1      I, ANDREA M. VALDEZ, declare:

2          1.      I am an associate in the law firm of Fulbright & Jaworski L.L.P., attorneys of

3      record for LaSalle Bank National Association, as Trustee for the Registered Holders of LB-UBS

4      Commercial Mortgage Trust 2007-C1, Commercial Mortgage Pass-Through Certificates, Series

5      2007-C1 ("C1 Trust"), acting by an through Midland Loan Services, Inc.  I am an attorney duly

6      licensed to practice before all courts of the State of California and admitted to practice in the

7      United States Bankruptcy Court, Central District of California.  If called upon to testify about the

8      following matters, I would and could competently do so.

9          2.      I assisted in the preparation of C1 Trust's proofs of claim against each of the

10     Debtors in this case.  In total, we prepared eighteen (18) proofs of claim, one against each of the

11     above-captioned Debtors.

12         3.      On November 10, 2009, at approximately 1:45 p.m., I caused my legal secretary,

13     Kathleen Stephens, to telephone First Legal Support Services ("First Legal") to request that it

14     send a courier to our offices in Los Angeles, California to pick up C1 Trust's eighteen (18)

15     original proofs of claim against Debtors (with one copy of each of the proofs of claim as required

16     by the Bar Date Notice) and deliver such claims to the Clerk's Office located at 411 West Fourth

17     Street, Santa Ana, California 92701 ("Clerk's Office").

18         4.      My office typically engages First Legal to do such things as file court documents

19     in this and other courts around the nation.

20         5.      At approximately 2:25 p.m. on November 10, 2009, a courier from First Legal

21     arrived at our offices and picked up the eighteen (18) original proofs of claim, as well as one copy

22     of each of the proofs of claim, for filing at the Clerk's Office.

23         6.      At approximately 4:20 on November 10, 2009, First Legal informed my office that

24     the proofs of claim had been filed with the Clerk's Office.

25         7.      On November 10, 2009, First Legal delivered to my office conformed copies of

26     the filed proofs of claim after regular business hours.  After reviewing the conformed copies, my

27     legal secretary informed me that two of the original proofs of claim had not been filed, as the

28

1  original and copy for each of these proofs of claim—against Bethany Lonestar Apartment, LLC

2  and KT Terraza-TX1, LLC—was still in the box that was returned to us from First Legal.

3      8.    Thus, although my office prepared proofs of claim for Bethany Lonestar

4  Apartment, LLC and KT Terraza-TX1, LLC and directed First Legal to file these proofs of claim

5  with the Clerk's Office, the claims against these two Debtors were inadvertently not filed with C1

6  Trust's proofs of claims against the sixteen (16) other Debtors in this case on November 10, 2009.

7      9.    Because the Clerk's Office was closed on November 11, 2009, due to Veteran's

8  Day, I had the original proofs of claim against Bethany Lonestar Apartments, LLC and KT

9  Terraza-TX1, LLC delivered to the Clerk's Office and filed on November 12, 2009.

10

11      I declare under penalty of perjury under the laws of the State of California and the United

12  States of America that the foregoing is true and correct.

13      Executed this 12th day of November, 2009 at Los Angeles, California.

14

15

16  Andrea M. Valdez

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 2**

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor: BETHANY LONESTAR APARTMENTS, LLC, A DELAWARE LIMITED LIABILITY COMPANY | Case Number: 8:09-bk-11875-RK |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| **Name of Creditor** (the person or other entity to whom the debtor owes money or property): **LaSalle Bank National Association, as Trustee for the Registered Holders of LB-UBS Commercial Mortgage Trust 2007-C1, Commercial Mortgage Pass-Through Certificates, Series 2007-C1, acting by and through Midland Loan Services, Inc., a Delaware corporation, as special servicer pursuant to that certain Pooling and Servicing Agreement dated February 12, 2007** | ☐ Check this box to indicate that this claim amends a previously filed claim. <br><br> Court Claim Number: _____ *(if known)* <br><br> Filed on: _____ |
| Name and addresses where notices should be sent: <br> **William Greendyke** <br> **Fulbright & Jaworski L.L.P.** <br> **2200 Ross Avenue, Suite 2800** <br> **Dallas, TX 75201-2784** <br> Telephone number: **214.855.8000** | FILED <br> NOV 12 2009 <br> CLERK U.S. BANKRUPTCY COURT <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY_____ Deputy Clerk |
| Name and addresses where payment should be sent (if different from above): <br><br> Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br><br> ☐ Check box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed: $102,672,611.29** (*see* Exhibits A – G for potential additions to the claim amount) <br><br> If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. <br><br> If all or part of your claim is entitled to priority, complete item 5. <br><br> ☒ Check box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.** <br><br> Specify the priority of the claim. <br><br> ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim: Money Loaned; *See* Exhibits A - G** <br> (See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor: *See* Exhibits A - G** <br><br> **3a. Debtor may have scheduled account as:** _____ <br> (See instruction #3a on reverse side.) | ☐ Contribution to an employee benefit plan – 11 U.S.C. § 507(a)(5). |
| **4. Secured Claim.** (See instruction #4 on reverse side.) <br> Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. <br> Nature of property or right of setoff: ☒ Real Estate ☐ Motor Vehicle ☒ Other <br> Describe: <br><br> Value of Property: _____ Annual Interest Rate _____% <br><br> Amount of arrearages and other charges as of time case filed included in secured claim, if any: $ *See* Exhibit sA – G Basis for perfection: *See* Exhibits A – G <br><br> Amount of Secured Claim: $102,672,611.29 Amount Unsecured: _____ | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7). <br><br> ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8). <br><br> ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___). <br><br> **Amount entitled to priority:** <br><br> $_____ |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. <br><br> **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See* definition of "redacted" on reverse side.) <br><br> DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. <br><br> If the documents are not available, please explain.: | * *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

**13**

85319477.1

| Date November 10, 2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|
| | **By:**  LaSalle Bank National Association, as Trustee for the Registered Holders of LB-UBS Commercial Mortgage Trust 2007-C1, Commercial Mortgage Pass-Through Certificates, Series 2007-C1, acting by and through Midland Loan Services, Inc., a Delaware corporation, as special servicer pursuant to that certain Pooling and Servicing Agreement dated February 12, 2007 | |
| | **By:**  Midland Loan Services, Inc., a Delaware Corporation, *in its capacity as special servicer* | |
| | By: _Kevin Donahue by Andrea Lodge_ <br><br> Name: _Kevin C. Donahue_ <br><br> Title: _Senior Vice President Servicing Officer_ | |

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

**14**

**EXHIBIT 3**

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT FOR THE **CENTRAL DISTRICT OF CALIFORNIA** | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor: **KT TERRAZA-TX1, LLC, A DELAWARE LIMITED LIABILITY COMPANY** | Case Number: **8:09-bk-11875-RK** |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**LaSalle Bank National Association, as Trustee for the Registered Holders of LB-UBS Commercial Mortgage Trust 2007-C1, Commercial Mortgage Pass-Through Certificates, Series 2007-C1, acting by and through Midland Loan Services, Inc., a Delaware corporation, as special servicer pursuant to that certain Pooling and Servicing Agreement dated February 12, 2007** | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>  (*if known*)<br><br>Filed on: _____ |
| Name and addresses where notices should be sent:<br>**William Greendyke<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201-2784**<br>Telephone number: **214.855.8000**<br><br>FILED<br>NOV 12 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk | |
| Name and addresses where payment should be sent (if different from above):<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed: $102,672,611.29** (*see* Exhibits A – G for potential additions to the claim amount)<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☒ Check box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4). |
| **2. Basis for Claim: Money Loaned;** *See* Exhibits A - G<br>(See instruction #2 on reverse side.) | |
| **3. Last four digits of any number by which creditor identifies debtor:** *See* Exhibits A - G<br><br>**3a. Debtor may have scheduled account as:** _____<br>(See instruction #3a on reverse side.) | ☐ Contribution to an employee benefit plan – 11 U.S.C. § 507(a)(5). |
| **4. Secured Claim.** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br>**Nature of property or right of setoff:** ☒ Real Estate ☐ Motor Vehicle ☒ Other<br>**Describe:**<br><br>**Value of Property:** _____ **Annual Interest Rate** _____%<br><br>Amount of arrearages and other charges as of time case filed included in secured claim,<br>if any: $ *See* Exhibit sA – G   **Basis for perfection:** *See* Exhibits A – G<br><br>**Amount of Secured Claim: $102,672,611.29   Amount Unsecured:** _____ | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).<br><br>☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain.: | **Amount entitled to priority:**<br><br>$_____<br><br>* *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

85325230.1

**15**

| Date November 10, 2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|
| | By: **LaSalle Bank National Association, as Trustee for the Registered Holders of LB-UBS Commercial Mortgage Trust 2007-C1, Commercial Mortgage Pass-Through Certificates, Series 2007-C1, acting by and through Midland Loan Services, Inc., a Delaware corporation, as special servicer pursuant to that certain Pooling and Servicing Agreement dated February 12, 2007** | |
| | By: **Midland Loan Services, Inc., a Delaware Corporation,** *in its capacity as special servicer* | |
| | By: _Kevin Donahue by Andrea Valdez_ | |
| | Name: _Kevin C. Donahue_ | |
| | Title: _Senior Vice President Servicing Officer_ | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**16**

| In re:<br>BETHANY HOLDINGS AUSTIN APARTMENTS, LLC, A DELAWARE<br>LIMITED LIABILITY COMPANY, et al.<br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>CASE NUMBER  8:09-bk-11873-RK |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1301 McKinney, Suite 5100, Houston, Texas 77010

A true and correct copy of the foregoing document described C1 TRUST'S UNOPPOSED MOTION FOR LEAVE TO FILE LATE PROOFS OF CLAIM PURSUANT TO RULE 9006(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 12, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

⊠  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):  U.S. MAIL
On November 12, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

⊠  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 12, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.
Judge Robert Kwan, Ctrm. 5D
United States Bankruptcy Court
411 W. 4th Street
Santa Ana, CA 92701

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Carol Nervis | /s/ Carol Nervis |
| --- | --- |
| *Date  November 12, 2009* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                         **F 9013-3.1**

**17**

## SERVICE LIST
*In Re: Bethany Holdings Austin Apartments, LLC, a Delaware limited liability company*
**No. 8:09-bk-11873-RK**

### Personal Delivery
**Judge Robert Kwan, Ctrm. 5D**
**United States Bankruptcy Court**
**411 W. 4th Street**
**Santa Ana, CA 92701**

### Email Recipients
Christina M. Craige (ccraige@sidley.com)
Michael J. Hauser (michael.hauser@usdoj.gov)
Evan D. Smiley (esmiley@wgllp.com)
United States Trustee (SA) (ustpregion16.sa.ecf@usdoj.gov)
Drew A. Callahan (ecfcacb@piteduncan.com)
Tammy C. Drescher (tdrescher@sellmanhoff.com)
Robert S. Marticello (Rmarticello@wgllp.com)
Hutchison B. Meltzer (hmeltzer@wgllp.com)
Joel G. Samuels (jsamuels@Sidley.com)
Andrea M. Valdez (avaldez@fulbright.com)
Dan E. Chambers (dchambers@jmbm.com)
Eric A. Cook (ecook@ebglaw.com)
William Kiekhofer (wkiekhofer@mcguirewoods.com)
Todd D. Ross (toross@wcsr.com)
Randolph C. Houts (rhouts@gmail.com)
Jeremy Rosenthal (jrosenthal@sidley.com)

### U.S. Postal Service Recipients

Michael Hauser
United States Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000

Bethany Holdings Austin
Apartments, LLC.
1920 Main Street, Suite 770
Irvine, CA 92614

William J. Kiekhofer, Esq.
McGuireWoods, LLP
1800 Century Park East
8th Floor
Los Angeles, CA 90067
**Counsel for Creditors'
Committee**

Michael J. Genovese, Esq.
Grant Genovese & Baratta, LLP
2030 Main Street, #1600
Irvine, CA 92614

Frank Pomar
Black Rock Inc.
40 East 52nd Street
New York, NY 10022

Midland Loan Services, Inc.
Attention: David Bornheimer
10851 Mastin, Suite 700
Overland Park, KS 66210

Nicholas P. Crowell, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019

LaSalle Bank National
Association
10851 Mastin, Suite 700
Overland Park, KS 66210

~~Lehman Brothers Bank, FSB~~
~~c/o Lehman Brothers Holdings~~
~~Attn: John Herman~~
~~399 Park Avenue~~
~~New York, NY 10022~~

~~Lehman Brothers Bank, FSB~~
~~c/o Stroock & Stroock & Lavan~~
~~LLP~~
~~Attn: William Campbell, Esq.~~
~~180 Maiden Lane~~
~~New York, NY  10038~~

Sean A. O'Keefe
Okeefe & Associates
660 Newport Center Dr.
Suite 400
Newport Beach, CA  92660

Anthony C. Duffy
Law Offices of Anthony C.
Duffy
4675 MacArthur Court, Ste 550
Newport Beach, CA  92660

85246870.1

**18**

Joel G. Samuels
Sidley & Austin, LLP
555 West Fifth Street, Ste 4000
Los Angeles, CA 90013

George Schulman, Esq.
Danning, Gill, Diamond &
Kollitz, LLP
2029 Century Park East, 3rd Fl
Los Angeles, CA 90067-2904

Arbor Realty Trust, Inc.
Attn: William Connolly
333 Earle Ovington Blvd.
Suite 900
Uniondale, NY 11553

Robert Mosier
Mosier & Company, Inc.
3151 Airway Avenue, Suite A-1
Costa Mesa, CA 92626

Robert Warren
Industrial Property Services
27042 Towne Center Dr Ste 250
Foothill Ranch, CA 92610

William Apt., Esq.
Attorney at Law
816 Congress Avenue, Ste 1510
Austin, TX 78701

Interline Brands, Inc.
d/b/a Wilmar
801 W. Bay Street
Jacksonville, FL 32204
**Creditors Committee**

Gable Signs & Graphics, Inc.
Attn: Brian Benton, **Creditors Committee**
7440 Fort Smallwood Road
Baltimore, MD 21226

Southwest Wholesale Nursery
Attn: Anthony or Deborah
Hutchison, **Creditors Committee**
30 Lana Lane
Houston, TX 77027

Martha Lopez
dba Makest Cleaning Service
Attn: Anthony P. Griffin,
**Creditors Committee**
1115 Moody
Galveston, TX 77550

Richard Jackson, **Creditors Committee**
Seamless Spouting
P. O. Box 7161
2444 Kotur Avenue
York, PA 17408

Patriotic Venture Construction
Attn: James P. Russell,
**Creditors Committee**
1718 Woodland Springs
Houston, TX 77077

Walker's Termite & Pest Co.
Attn: Scott M. Reiber, **Creditors Committee**
3332 Puoska Road
Abingdon, MD 21009

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Dr., #400
Littleton, CO 90124

Steven Fox
Wendy Marcari
Epstein, Becker & Green, P.C.
250 Park Avenue, 11th Floor
New York, NY 10017

Davor Rukavina
Jonathan L. Howell
Munsch Hardt Kopf & Harr, PC
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201-7500

W. Keith Fendrick
Holland & Knight LLP
100 North Tampa St., Ste 4100
Tampa, FL 33602

Evan D. Smiley
Weiland, Golden, Smiley, Wang
Ekvall & Strok, LLP
650 Town Center Drive, Ste 950
Costa Mesa, CA 92626-7021

Geoffrey M. Ezgar, Esq.
Leo Spooner, III, Esq.
King & Spalding, LLP
Four Embarcadero Center
Suite 3500
San Francisco, CA 94111

Myron Sheinfeld, Esq.
Erick English, Esq.
King & Spalding, LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002

Mark D. Houle
Pillsbury Winthrop Shaw
Pittman LLP
650 Town Center Drive, Ste 700
Costa Mesa, CA 92626-7122

Joshua Brody
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Securities and Exchange
Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

Craig A. Barbarosh
Jan H. Cate
Pillsbury Winthrop Shaw
Pittman
650 Town Center Dr., Ste 550
Costa Mesa, CA 92626